IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN FINN, et al. | : |
| | : |
| Plaintiffs, | : Civil Action File No.: |
| vs. | : 22-cv-2300-ELR |
| | : |
| COBB COUNTY BOARD OF | : |
| ELECTIONS AND REGISTRATION, | : |
| et al. | : |
| | : |
| Defendants. | : |
| | : |

## MOTION TO DISMISS OR TO JOIN NECESSARY PARTIES

Comes now, Cobb County Board of Elections and Registration ("Elections Board") and Janine Eveler, in her official capacity as Cobb County Elections Director, (collectively "Election Defendants"), and move the Court to dismiss Plaintiffs' Complaint [Doc. 1] pursuant to Fed. R. Civ. P. 12(b)(1) or, alternatively, to join all necessary parties pursuant to Fed. R. Civ. P. 19, showing the Court as follows:

1. Plaintiffs lack standing to bring their claims against the Election Defendants, because the injuries they allege are not fairly traceable to the conduct of the Cobb County Board of Elections and Registration or Janine

Eveler. *Clapper v. Amnesty Int'l USA*, 568 U.S. 398, 409, 133 S. Ct. 1138 (2013).

2. Plaintiffs have failed to join an indispensable parties pursuant to Fed. R. Civ. P. 19 such that those interested parties would be unable to defend their interests in the challenged school board districts, and such that the Election Defendants would be placed in the position of facing inconsistent obligations.

In support of the motion, Election Defendants rely on their Brief in Support of Motion to Dismiss or to Join Necessary Parties, and the Declaration of Janine Eveler, filed concurrently with this motion.

Respectfully submitted this 29th day of July, 2022.

HAYNIE, LITCHFIELD & WHITE, PC

/s/ *Daniel W. White*
DANIEL W. WHITE
Georgia Bar No. 153033
*Attorney for Cobb County Defendants*

222 Washington Avenue
Marietta, GA  30060
(770) 422-8900
dwhite@hlw-law.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2022, I electronically filed the foregoing MOTION TO DISMISS with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record in this matter.

/s/ *Daniel W. White*
DANIEL W. WHITE
Georgia Bar No. 153033
*Attorney for Cobb County Defendants*

HAYNIE, LITCHFIELD & WHITE, PC
222 Washington Avenue
Marietta, GA  30060
(770) 422-8900
dwhite@hlw-law.com