**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KAREN FINN, DR. JILLIAN FORD, HYLAH DALY, JENNE DULCIO, GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC., NEW GEORGIA PROJECT ACTION FUND, LEAGUE OF WOMEN VOTERS OF MARIETTA-COBB, AND GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC. | |
| Plaintiffs, | Case No. |
| VS. | 1:22-cv-2300-ELR |
| COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION AND JANINE EVELER, in her official capacity as Director of the Cobb County Board of Elections and Registration, | |
| Defendants. | |

**PLAINTIFFS' RESPONSE TO COBB COUNTY SCHOOL DISTRICT'S
MOTION TO INTERVENE**

Plaintiffs Karen Finn, Dr. Jillian Ford, Hylah Daly, Jenne Dulcio, GALEO

Latino Community Fund, Inc., New Georgia Project Action Fund, League of

Women Voters of Marietta-Cobb, and Georgia Coalition for the People's Agenda,

Inc. ("Plaintiffs"), write in response to the Cobb County School District's ("School District") Motion to Intervene filed on December 19, 2022. Dkt. 52. Plaintiffs consent to intervention by the School District, with the understanding by the proposed-intervenors[1] that the discovery period has commenced.[2]

---

[1] The School District's Motion relies on the understanding that discovery is open, with a concluding date of June 9, 2023. Br. at 12. Plaintiffs agree with this understanding and continue to maintain that a full eight (8)-month discovery period is warranted by the needs of this case, and continue to seek an order from the Court resetting the discovery window accordingly. *See* Dkt. 51-1 at 3–4.

[2] Plaintiffs are eager to move this case forward towards a timely resolution. Thus, despite an unexcused 6-month delay by the School District in moving to intervene, and a filing rife with baseless personal attacks and distortions of Plaintiffs' claims, Plaintiffs are consenting to intervention to conserve judicial resources and ensure that any relief obtained by Plaintiffs can be implemented before the 2024 election cycle.

Dated this 30th day of
December 2022.

Respectfully submitted,

*/s/ Pichaya Poy Winichakul*

Bradley E. Heard (Ga. Bar No. 342209)
Pichaya Poy Winichakul (Ga. Bar No. 246858)
Michael Tafelski (Ga. Bar No. 507007)
Sabrina Khan*
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30030
(404) 521-6700
bradley.heard@splcenter.org
poy.winichakul@splcenter.org
michael.tafelski@splcenter.org
sabrina.khan@splcenter.org

Jeff Loperfido*
Christopher Shenton*
SOUTHERN COALITION FOR SOCIAL
JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
(919) 323-3380
jeffloperfido@scsj.org
chrisshenton@scsj.org

Rahul Garabadu (Ga. Bar No. 553777)
Cory Isaacson (Ga. Bar No. 983797)
Caitlin May (Ga. Bar No. 602081)
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738

Atlanta, Georgia 30357
(678) 310-3699
rgarabadu@acluga.org
cisaacson@acluga.org
cmay@acluga.org

Jon Greenbaum*
Ezra D. Rosenberg*
Julie M. Houk*
Sofia Fernandez Gold*†
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
sfgold@lawyerscommittee.org

Douglas I. Koff*
Thomas L. Mott*
Paul Schochet*
Savannah Price*
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000
Douglas.Koff@srz.com
Thomas.Mott@srz.com
Paul.Schochet@srz.com
Savannah.Price@srz.com

* Admitted Pro Hac Vice

† Admitted in New York only. Practice limited to matters before federal courts.

4

*Counsel for Plaintiffs Karen Finn, Dr. Jillian Ford, Hylah Daly, Jenne Dulcio, GALEO Latino Community Development Fund, Inc., New Georgia Project Action Fund, League of Women Voters of Marietta-Cobb, and Georgia Coalition For The People's Agenda, Inc.*

/s/ *Caren E. Short*
Caren E. Short (Ga Bar No. 990443)
LEAGUE OF WOMEN VOTERS
OF THE UNITED STATES
1233 20th Street NW, Suite 500
Washington, DC 20036
202-921-2219
cshort@lwv.org

*Counsel for Plaintiff League of Women Voters Marietta-Cobb*

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that this brief complies with L.R.

5.1B and 7.1 and that this brief is published in 14-point Times New Roman font.

*/s/ Pichaya Poy Winichakul*

Pichaya Poy Winichakul (Ga. Bar
No. 246858)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave.,
Decatur, Georgia 30030
(404) 521-6700
poy.winichakul@splcenter.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

*/s/ Pichaya Poy Winichakul*

Pichaya Poy Winichakul (Ga. Bar No. 246858)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave.,
Decatur, Georgia 30030
(404) 521-6700
poy.winichakul@splcenter.org