**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

KAREN FINN, DR. JILLIAN
FORD, HYLAH DALY, JENNE
DULCIO, GALEO LATINO
COMMUNITY DEVELOPMENT
FUND, INC., NEW GEORGIA
PROJECT ACTION FUND,
LEAGUE OF WOMEN VOTERS
OF MARIETTA-COBB, and
GEORGIA COALITION FOR THE
PEOPLE'S AGENDA, INC.,

        Plaintiffs,

        v.

COBB COUNTY BOARD OF
ELECTIONS AND
REGISTRATION, JANINE
EVELER, in her official capacity as
Director of the Cobb County Board
of Elections and Registration, and
COBB COUNTY SCHOOL
DISTRICT.

        Defendants.

Civil Action No.
1:22-cv-2300-ELR

## <u>CERTIFICATE OF SERVICE OF DISCOVERY</u>

COMES NOW, Plaintiffs Karen Finn, Dr. Jillian Ford, Hylah Daly, Jenne

Dulcio, GALEO Latino Community Development Fund, Inc., New Georgia Project

Action Fund, League of Women Voters of Marietta-Cobb, and Georgia Coalition For The People's Agenda, Inc. (the "Plaintiffs"), and hereby certifies pursuant to LR 5.4(A), NDGa., that Plaintiffs have served counsel of record for Defendant Cobb County School District, via electronic mail, with the following discovery documents:

1. Plaintiff Jenne Dulcio's Responses and Objections to Defendant Cobb County School District's First Set of Interrogatories and Requests for Production of Documents, served on March 13, 2023;

2. Plaintiff Dr. Jillian Ford's Responses and Objections to Defendant Cobb County School District's First Set of Interrogatories and Requests for Production of Documents, served on March 13, 2023;

3. Plaintiff Hylah Daly's Responses and Objections to Defendant Cobb County School District's First Set of Interrogatories and Requests for Production of Documents, served on March 13, 2023;

4. Plaintiff League of Women Voters of Marietta-Cobb's Responses and Objections to Defendant Cobb County School District's First Set of Interrogatories and Requests for Production of Documents, served on March 13, 2023;

5. Plaintiff Georgia Coalition For The People's Agenda, Inc.'s Responses and Objections to Defendant Cobb County School District's First Set of Interrogatories and Requests for Production of Documents, served on March 13, 2023;

6. Plaintiff Karen Finn's Responses and Objections to Defendant Cobb County School District's First Set of Interrogatories and Requests for Production of Documents, served on March 20, 2023;

7. Plaintiff GALEO Latino Community Development Fund, Inc.'s Responses and Objections to Defendant Cobb County School District's First Set of Interrogatories and Requests for Production of Documents, served on March 20, 2023; and

8. Plaintiff New Georgia Project Action Fund's Responses and Objections to Defendant Cobb County School District's First Set of Interrogatories and Requests for Production of Documents, served on March 20, 2023.

Dated this 21st day of
March 2023.

Respectfully submitted,

*/s/ Pichaya Poy Winichakul*

Bradley E. Heard (Ga. Bar No. 342209)
Pichaya Poy Winichakul (Ga. Bar No. 246858)
Michael Tafelski (Ga. Bar No. 507007)
Sabrina S. Khan*
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30030
(404) 521-6700
bradley.heard@splcenter.org
poy.winichakul@splcenter.org
michael.tafelski@splcenter.org
sabrina.khan@splcenter.org


Jeff Loperfido*
Christopher Shenton*
SOUTHERN COALITION FOR SOCIAL
JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
(919) 323-3380
jeffloperfido@scsj.org
chrisshenton@scsj.org


Rahul Garabadu (Ga. Bar No. 553777)
Cory Isaacson (Ga. Bar No. 983797)
Caitlin May (Ga. Bar No. 602081)
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
(678) 310-3699
rgarabadu@acluga.org
cisaacson@acluga.org

cmay@acluga.org


Jon Greenbaum*
Ezra D. Rosenberg*
Julie M. Houk*
Sofia Fernandez Gold*†
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
sfgold@lawyerscommittee.org


Douglas I. Koff*
Thomas L. Mott*
Paul Schochet*
Savannah Price*
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000
Douglas.Koff@srz.com
Thomas.Mott@srz.com
Paul.Schochet@srz.com
Savannah.Price@srz.com

* Admitted Pro Hac Vice

† Admitted in New York only. Practice limited to
matters before federal courts.

*Counsel for Plaintiffs Karen Finn, Dr. Jillian Ford, Hylah Daly, Jenne Dulcio, GALEO Latino Community Development Fund, Inc., New Georgia Project Action Fund, League of Women Voters of Marietta-Cobb, and Georgia Coalition For The People's Agenda, Inc.*

*/s/ Caren E. Short*

Caren E. Short (Ga Bar No. 990443)
LEAGUE OF WOMEN VOTERS
OF THE UNITED STATES
1233 20th Street NW, Suite 500
Washington, DC 20036
202-921-2219
cshort@lwv.org

*Counsel for Plaintiff League of Women Voters Marietta-Cobb*

6

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

/s/ *Pichaya Poy Winichakul*

Pichaya Poy Winichakul (Ga. Bar No. 246858)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340 Decatur, Georgia 30030
(404) 521-6700
poy.winichakul@splcenter.org