IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN FINN, DR. JILLIAN FORD, HYLAH DALY, JENNE DULCIO, GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC., NEW GEORGIA PROJECT ACTION FUND, LEAGUE OF WOMEN VOTERS OF MARIETTA-COBB, and GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION and JANINE EVELER, in her official capacity as Director of the Cobb County Board of Elections and Registration, and COBB COUNTY SCHOOL DISTRICT, <br><br>Defendants. | CIVIL ACTION FILE <br><br> NO. 1:22-CV-02300-ELR |

**DEFENDANT'S NOTICE OF WITHDRAWAL OF
SUBPOENAS FOR PRODUCTION OF DOCUMENTS**

Defendant, Cobb County School District ("CCSD"), hereby withdraws subpoenas it issued upon the following organizations and individuals:

1. Southern Poverty Law Center, Inc.;

2. Southern Coalition for Social Justice;

3. The ACLU Foundation of Georgia, Inc.;

4. Lawyers' Committee for Civil Rights Under Law;

5. League of Women Voters of the United States; and

6. Caren E. Short.

Many of the above filed a myriad of nearly identical objections, and refuse to produce any materials in response to the subpoenas. Some of the response dates have not passed, and one of the organization's registered agent is avoiding service. While the subpoenas were not intended to reach documents that do not meet the criteria described by the objections, the CCSD is giving thoughtful consideration to the objections raised. In light of same, the CCSD hereby withdraws the subpoenas, and will consider the objections on a case by case basis and issue substitute subpoenas.

This 21st day of March, 2023.

[Signatures on the following page]

**FREEMAN MATHIS & GARY, LLP**

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
William H. Buechner, Jr.
Georgia Bar No. 086392
bbuechner@fmglaw.com
P. Michael Freed
Georgia Bar No. 061128
michael.freed@fmglaw.com
Scott Eric Anderson
Georgia Bar No. 105077
Scott.Anderson@fmglaw.com
*Attorneys for Defendant*
*Cobb County School District*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the within and foregoing **DEFENDANT'S NOTICE OF WITHDRAWAL OF SUBPOENAS FOR PRODUCTION OF DOCUMENTS** to the Clerk of Court using the Court's E-file system which will automatically send an electronic mail notification of such filing to counsel of record as follows:

Bradley E. Heard
Pichaya Poy Winichakul
Michael Tafelski
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Avenue
Suite 340
Decatur, GA 30030
bradley.heard@splcenter.org
poy.winichakul@splcenter.org
michael.tafelski@splcenter.org

Rahul Garabadu
Cory Isaacson
Caitlin May
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
rgarabadu@acluga.org
cisaacson@acluga.org
cmay@acluga.org

Jeff Loperfido
Christopher Shenton
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54
Suite 101
Durham, NC 27707
jeffloperfido@scsj.org
chrisshenton@scsj.org

Jon Greenbaum
Ezra D. Rosenberg
Julie M. Houk
Sofia Fernandez Gold
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
sfgold@lawyerscommittee.org

Caren E. Short
LEAGUE OF WOMEN VOTERS
OF THE UNITED STATES
1233 20th Street NW
Suite 500
Washington, DC 20036
cshort@lwv.org

Daniel W. White
HAYNIE, LITCHFIELD
& WHITE, PC
222 Washington Avenue
Marietta, GA 30060
dwhite@hlw-law.com

Douglas I. Koff
Thomas L. Mott
Paul Schochet
Savannah Price
Matthew J. Sunday
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Douglas.Koff@srz.com
Thomas.Mott@srz.com
Paul.Schochet@srz.com
Savannah.Price@srz.com
Matthew.Sunday@srz.com

This 21st day of March, 2023.

/s/ Philip W. Savrin
Philip W. Savrin
*Attorney for Defendant*
*Cobb County School District*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)