UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KAREN FINN, DR. JILLIAN FORD, HYLAH DALY, JENNE DULCIO, GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC., NEW GEORGIA PROJECT ACTION FUND, LEAGUE OF WOMEN VOTERS OF MARIETTA-COBB, and GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION, JANINE EVELER, in her official capacity as Director of the Cobb County Board of Elections and Registration, and COBB COUNTY SCHOOL DISTRICT. <br><br> Defendants. | Civil Action No. 1:22-cv-2300-ELR |

## CONSENT ORDER

Presently before the Court is the Parties' "Consent Motion for Entry of Agreed Upon Protective Order and ESI Protocol." For good cause shown, the

1

Court **GRANTS** the Parties' motion. For the reasons set forth in the Motion, the Court **ORDERS** that the Stipulated Protective Order and Stipulated ESI and Document Production Protocol shall govern discovery during the pendency of this litigation.

**SO ORDERED**, this 5th day of May, 2023.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia