IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN FINN, DR. JILLIAN FORD, HYLAH DALY, JENNE DULCIO, GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC., NEW GEORGIA PROJECT ACTION FUND, LEAGUE OF WOMEN VOTERS OF MARIETTA-COBB, and GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC., <br><br>   Plaintiffs <br><br> -v- <br><br> COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION and JANINE EVELER, in her official capacity as Director of the Cobb County Board of Elections and Registration, and COBB COUNTY SCHOOL DISTRICT, <br><br>   Defendants. | Case No. 1:22-cv-2300-ELR |

**AMENDED NOTICE TO TAKE VIDEOTAPED**
**DEPOSITION OF PLAINTIFF JENNE DULCIO**

TO: Jenne Dulcio

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Rules 30, the undersigned counsel for Defendant Cobb County School

District will take the deposition of Plaintiff **Jenne Dulcio** on **June 8, 2023** beginning at **10:00 a.m.** in the office of Freeman, Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, Georgia 30339. The deposition will be taken before a certified court reporter or other officer duly authorized by law and will continue from day to day, excluding Saturdays, Sundays, and holidays, until its completion. This deposition will be taken by means of video and stenographic recording, for all purposes permitted under the Federal Rules of Civil Procedure.

NOTICE IS FURTHER GIVEN that undersigned counsel is willing to conduct this deposition utilizing the secure web-based deposition option or telephonically only to provide remote/virtual access for those parties wishing to participate in the deposition via the internet and/or telephone. Please contact the noticing attorney at least five (5) calendar days prior to the deposition to advise that it is your desire to appear via this remote participating means so that the necessary credentials, email addresses, call-in numbers, testing and information, if necessary, can be provided to you prior to the proceeding.

                                      **FREEMAN MATHIS & GARY, LLP**

                                      */s/ Philip W. Savrin*
                                      Philip W. Savrin
                                      Georgia Bar No. 627836
                                      [psavrin@fmglaw.com](mailto:psavrin@fmglaw.com)

William H. Buechner, Jr.
Georgia Bar No. 086392
bbuechner@fmglaw.com
P. Michael Freed
Georgia Bar No. 061128
michael.freed@fmglaw.com
Scott Eric Anderson
Georgia Bar No. 105077
scott.anderson@fmglaw.com
Jonathan Crumly
Georgia Bar No. 199466
jonathan.crumly@fmglaw.com

*Attorneys for Defendant*
*Cobb County School District*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the within and foregoing AMENDED NOTICE TO TAKE VIDEOTAPED DEPOSITION OF PLAINTIFF JENNE DULCIO with the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following counsel of record:

Bradley E. Heard
Pichaya Poy Winichakul
Michael Tafelski
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Avenue
Suite 340
Decatur, GA 30030
bradley.heard@splcenter.org
poy.winichakul@splcenter.org
michael.tafelski@splcenter.org

Rahul Garabadu
Cory Isaacson
Caitlin May
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
rgarabadu@acluga.org
cisaacson@acluga.org
cmay@acluga.org

Jeff Loperfido
Christopher Shenton
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54
Suite 101
Durham, NC 27707
jeffloperfido@scsj.org
chrisshenton@scsj.org

Jon Greenbaum
Ezra D. Rosenberg
Julie M. Houk
Sofia Fernandez Gold
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
sfgold@lawyerscommittee.org

| | |
|---|---|
| Caren E. Short<br>LEAGUE OF WOMEN VOTERS<br>OF THE UNITED STATES<br>1233 20th Street NW<br>Suite 500<br>Washington, DC 20036<br>cshort@lwv.org | Daniel W. White<br>HAYNIE, LITCHFIELD<br>& WHITE, PC<br>222 Washington Avenue<br>Marietta, GA 30060<br>dwhite@hlw-law.com |

Douglas I. Koff
Thomas L. Mott
Paul Schochet
Savannah Price
Matthew J. Sunday
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Douglas.Koff@srz.com
Thomas.Mott@srz.com
Paul.Schochet@srz.com
Savannah.Price@srz.com
Matthew.Sunday@srz.com

This 25th day of May, 2023.

/s/ Philip W. Savrin
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
*Attorney for Defendant*
*Cobb County School District*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (Telephone)
(770) 937-9960 (Facsimile)