UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KAREN FINN, DR. JILLIAN FORD, HYLAH DALY, JENNE DULCIO, GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC., NEW GEORGIA PROJECT ACTION FUND, LEAGUE OF WOMEN VOTERS OF MARIETTA-COBB, and GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION and JANINE EVELER, in her official capacity as Director of the Cobb County Board of Elections and Registration, and COBB COUNTY SCHOOL DISTRICT,<br><br>    Defendants. | Civil Action No.<br>1:22-cv-2300-ELR |

**CERTIFICATE OF SERVICE OF DISCOVERY**

COMES NOW, Plaintiffs Karen Finn, Dr. Jillian Ford, Hylah Daly, Jenne Dulcio, GALEO Latino Community Development Fund, Inc., League of Women Voters of Marietta-Cobb, and Georgia Coalition For The People's Agenda, Inc. (the "Plaintiffs"), and hereby certifies pursuant to LR 5.4(A), NDGa., that on May

4

10, 2023, Plaintiffs served counsel of record for Intervenor-Defendant Cobb County School District, via electronic mail, with Plaintiffs' First Supplemental Responses and Objections to Intervenor-Defendant Cobb County School District's First Set of Interrogatories and Request for Production of Documents, and that on May 25, 2023, Plaintiffs served counsel of record for Intervenor-Defendant Cobb County School District, via electronic mail, with the Plaintiffs' Verifications of First Supplemental Responses and Objections to Intervenor-Defendant's First of Interrogatories and Request for Production of Documents.

Dated this 30th day of May 2023.

        Respectfully submitted,

        /s/ Pichaya Poy Winichakul

        Bradley E. Heard (Ga. Bar No. 342209)
        Pichaya Poy Winichakul (Ga. Bar No. 246858)
        Michael Tafelski (Ga. Bar No. 507007)
        Sabrina S. Khan*
        SOUTHERN POVERTY LAW CENTER
        150 E. Ponce de Leon Ave., Suite 340
        Decatur, Georgia 30030
        (404) 521-6700
        bradley.heard@splcenter.org
        poy.winichakul@splcenter.org
        michael.tafelski@splcenter.org
        sabrina.khan@splcenter.org

        Jeff Loperfido*
        Christopher Shenton*

SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
(919) 323-3380
jeffloperfido@scsj.org
chrisshenton@scsj.org


Rahul Garabadu (Ga. Bar No. 553777)
Cory Isaacson (Ga. Bar No. 983797)
Caitlin May (Ga. Bar No. 602081)
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
(678) 310-3699
rgarabadu@acluga.org
cisaacson@acluga.org
cmay@acluga.org

Jon Greenbaum* Ezra
D. Rosenberg*
Julie M. Houk*
Sofia Fernandez Gold*†
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
sfgold@lawyerscommittee.org

Douglas I. Koff*
Thomas L. Mott*
Tara Lederer*
Paul Schochet*
Savannah Price*
SCHULTE ROTH & ZABEL LLP

4

919 Third Avenue
New York, New York 10022
(212) 756-2000
douglas.koff@srz.com
thomas.mott@srz.com
tara.lederer@srz.com
paul.schochet@srz.com
savannah.price@srz.com

\* Admitted Pro Hac Vice

† Admitted in New York only. Practice limited to matters before federal courts.

*Counsel for Plaintiffs Karen Finn, Dr. Jillian Ford, Hylah Daly, Jenne Dulcio, GALEO Latino Community Development Fund, Inc., New Georgia Project Action Fund, League of Women Voters of Marietta-Cobb, and Georgia Coalition For The People's Agenda, Inc.*

/s/ *Caren E. Short*

Caren E. Short (Ga Bar No. 990443)
LEAGUE OF WOMEN VOTERS
OF THE UNITED STATES
1233 20th Street NW, Suite 500
Washington, DC 20036
202-921-2219
cshort@lwv.org

*Counsel for Plaintiff League of Women Voters Marietta-Cobb*

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

*/s/ Pichaya Poy Winichakul*

Pichaya Poy Winichakul (Ga. Bar No. 246858)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30030
(404) 521-6700
poy.winichakul@splcenter.org