AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:22-cv-02300-ELR

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)* Taylor English Duma, LLP
on *(date)* 8/4/23.

☒ I served the subpoena by delivering a copy to the named person as follows: by leaving with Cruzi Pasacamer, Receptionist
on *(date)* 8/3/23 at 9:57am; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/4/23

_____
*Server's signature*

Elizabeth Smith, Process Server
*Printed name and title*

400 Galleria Pkwy, Ste 1500, Atlanta GA
*Server's address*

Additional information regarding attempted service, etc.: