**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KAREN FINN, *et al.*,<br><br>    Plaintiffs,<br><br>-v-<br><br>COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION, *et al.*,<br><br>    Defendants,<br><br>and<br><br>COBB COUNTY SCHOOL DISTRICT,<br><br>    Intervenor. | Case No. 1:22-cv-2300-ELR |

## **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that I have on this day served a copy of the within and foregoing INTERVENOR COBB COUNTY SCHOOL DISTRICT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' SUBPOENA FOR PRODUCTION OF DOCUMENTS to counsel of record:

Bradley E. Heard
Pichaya Poy Winichakul
Michael Tafelski
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Avenue
Suite 340
Decatur, GA 30030
bradley.heard@splcenter.org
poy.winichakul@splcenter.org
michael.tafelski@splcenter.org

Jeff Loperfido
Christopher Shenton
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54
Suite 101
Durham, NC 27707
jeffloperfido@scsj.org
chrisshenton@scsj.org

Caren E. Short
LEAGUE OF WOMEN VOTERS OF THE UNITED STATES
1233 20th Street NW
Suite 500
Washington, DC 20036
cshort@lwv.org

Rahul Garabadu
Cory Isaacson
Caitlin May
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
rgarabadu@acluga.org
cisaacson@acluga.org
cmay@acluga.org

Jon Greenbaum
Ezra D. Rosenberg
Julie M. Houk
Sofia Fernandez Gold
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
sfgold@lawyerscommittee.org

Daniel W. White
HAYNIE, LITCHFIELD & WHITE, PC
222 Washington Avenue
Marietta, GA 30060
dwhite@hlw-law.com

Douglas I. Koff
Thomas L. Mott
Paul Schochet
Savannah Price
Matthew J. Sunday
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Douglas.Koff@srz.com
Thomas.Mott@srz.com
Paul.Schochet@srz.com
Savannah.Price@srz.com
Matthew.Sunday@srz.com

This 7th day of August, 2023.

          FREEMAN MATHIS & GARY, LLP

          */s/Philip W. Savrin*
          Philip W. Savrin
          Georgia Bar No. 627836
          psavrin@fmglaw.com
          Jonathan D. Crumly
          Georgia Bar No. 199466
          jonathan.crumly@fmglaw.com
          William H. Buechner, Jr.
          Georgia Bar No. 086392
          bbuechner@fmglaw.com
          Scott Eric Anderson
          Georgia Bar No. 105077
          scott.anderson@fmglaw.com
          P. Michael Freed
          Georgia Bar No. 061128
          michael.freed@fmglaw.com

          *Attorneys for Intervenor*
          *Cobb County School District*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY** to the Clerk of Court using the Court's E-file system, which will automatically send electronic mail notification of such filing to counsel of record as follows:

Bradley E. Heard
Pichaya Poy Winichakul
Michael Tafelski
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Avenue
Suite 340
Decatur, GA 30030
bradley.heard@splcenter.org
poy.winichakul@splcenter.org
michael.tafelski@splcenter.org

Jeff Loperfido
Christopher Shenton
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54
Suite 101
Durham, NC 27707
jeffloperfido@scsj.org
chrisshenton@scsj.org

Rahul Garabadu
Cory Isaacson
Caitlin May
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
rgarabadu@acluga.org
cisaacson@acluga.org
cmay@acluga.org

Jon Greenbaum
Ezra D. Rosenberg
Julie M. Houk
Sofia Fernandez Gold
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
sfgold@lawyerscommittee.org

Caren E. Short
LEAGUE OF WOMEN VOTERS
OF THE UNITED STATES
1233 20th Street NW
Suite 500
Washington, DC 20036
cshort@lwv.org

Douglas I. Koff
Thomas L. Mott
Paul Schochet
Savannah Price
Matthew J. Sunday
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Douglas.Koff@srz.com
Thomas.Mott@srz.com
Paul.Schochet@srz.com
Savannah.Price@srz.com
Matthew.Sunday@srz.com

This 7th day of August, 2023.

Daniel W. White
HAYNIE, LITCHFIELD
& WHITE, PC
222 Washington Avenue
Marietta, GA 30060
dwhite@hlw-law.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836

*Attorney for Intervenor*
*Cobb County School District*