# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KAREN FINN, DR. JILLIAN FORD, HYLAH DALY, JENNE DULCIO, GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC., NEW GEORGIA PROJECT ACTION FUND, LEAGUE OF WOMEN VOTERS OF MARIETTA-COBB, and GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC., <br><br>        Plaintiffs <br>        -v- <br><br> COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION and JANINE EVELER, in her official capacity as Director of the Cobb County Board of Elections and Registration, <br><br>        Defendants. | Case No. 1:22-cv-2300-ELR |

## ORDER

For good cause shown, Plaintiffs' unopposed motion for entry of the agreed upon consolidated briefing schedule is **GRANTED**.  [Doc. 154].  The Court **ORDERS** that:

1.      Plaintiffs shall file a consolidated opposition brief, limited to 35 pages, in response to Defendants' Motion for Reconsideration [Doc. 148] and the District's Supplemental Motion [Doc. 149], on September 8, 2023;

2.      Defendants shall file their opposition to the District's Supplemental Motion, if any, on September 8, 2023;

3.      The District shall file its opposition to the Defendants' Motion for Reconsideration, if any, on September 8, 2023;

4.      Defendants shall file their reply in support of their Motion for Reconsideration on September 22, 2023;

5.      The District shall file its reply in support of its Supplemental Motion on September 22, 2023.

**SO ORDERED**, this 24th day of August, 2023.

_____
The Honorable Eleanor L. Ross
United States District Judge