IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN FINN, et al. | : |
| | : |
| Plaintiffs, | : Civil Action File No.: |
| vs. | : 22-cv-2300-ELR |
| | : |
| COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION, et al. | : |
| | : |
| Defendants. | : |

**COBB COUNTY ELECTION DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO REVISE THE SCHEDULING ORDER**

Defendants Cobb County Board of Elections and Registration and Janine Eveler, in her former official capacity as Elections Director for Cobb County, (collectively "Elections Defendants") file this response in opposition to Plaintiffs' Motion to Revise the Scheduling Order. [Doc. 156].

Election Defendants join generally in the Response in Opposition filed by the Cobb County School District [Doc. 163] and state more specifically that the Plaintiffs should not be granted an order giving them more time to complete expert discovery when it was their delay in disclosing their experts that caused the delay in the first place.  Additionally, Plaintiffs should not be granted an order permitting an accelerated schedule for filing motions for preliminary injunction over a year and a

half into the case. Plaintiffs have had plenty of time to file such a motion and their delay in doing so should not penalize the Election Defendants and the School District. Lastly, Election Defendants object to moving on to a motion for preliminary injunction without first having the opportunity to file motions for summary judgment. Discovery is almost complete and motions for summary judgment would likely resolve the legal issues for Election Defendants without the time and expense of briefing and hold hearings for a motion for injunctive relief. For all of these reasons, Elections Defendants oppose Plaintiffs' Motion to Revise the Scheduling Order.

Respectfully submitted this 28th day of August, 2023.

HAYNIE, LITCHFIELD & WHITE, PC

/s/Daniel W. White
DANIEL W. WHITE
Georgia Bar No. 153033
*Attorney for Cobb County Election Defendants*

222 Washington Avenue
Marietta, GA  30060
(770) 422-8900
dwhite@hlw-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2023 I electronically filed the foregoing COBB COUNTY ELECTION DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO REVISE THE SCHEDULING ORDER with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record in this matter:

/s/ *Daniel W. White*
DANIEL W. WHITE
Georgia Bar No. 153033
*Attorney for Cobb County Election Defendants*

HAYNIE, LITCHFIELD & WHITE, PC
222 Washington Avenue
Marietta, GA  30060
(770) 422-8900
dwhite@hlw-law.com