# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

KAREN FINN, et al.,                     *
                                        *
      Plaintiffs,                      *
                                        *
      v.                               *      1:22-CV-02300-ELR
                                        *
COBB COUNTY BOARD OF                    *
ELECTIONS AND REGISTRATION,             *
et al.,                                 *
                                        *
      Defendants.                      *
                                        *

_____

# O R D E R
_____

On August 22, 2023, Plaintiffs filed a "Motion to Revise the Scheduling Order[,]" in which they request that the Court modify its January 5, 2023 Amended Scheduling Order and extend the discovery period beyond its current closing date of September 5, 2023.   [See Doc. 156].   Upon review and consideration, the undersigned finds that Plaintiffs fail to demonstrate good cause for this Court to modify its January 5, 2023 Amended Scheduling Order.   [See Docs. 57, 156]; see also FED. R. CIV. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."); Johnson v. Bd. of Regents of Univ. of Ga., 263 F.3d 1234, 1269 (11th Cir. 2001) (a district court enjoys "broad discretion" over pre-trial matters such as discovery and scheduling); Chudasama v. Mazda Motor Corp., 123

F.3d 1353, 1366 (11th Cir. 1997) ("[D]istrict courts enjoy broad discretion in deciding how best to manage the cases before them."). Accordingly, the Court **DENIES** Plaintiffs' "Motion to Revise the Scheduling Order." [Doc. 156].

In light of the other disputes in this case and to facilitate setting the schedule for further proceedings, the Court hereby **SCHEDULES** a telephone conference for **3:00 p.m. on Tuesday, September 12, 2023**.[1]

**SO ORDERED**, this 30th day of August, 2023.

Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] The conference call dial-in information will be provided via email.