IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN FINN, *et al.*, | ) |
| Plaintiffs, | ) |
| -v- | ) |
| COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION, *et al.*, | ) CIVIL ACTION FILE<br>) NO. 1:22-CV-002300-ELR |
| Defendants, | ) |
| and | ) |
| COBB COUNTY SCHOOL DISTRICT, | ) |
| Intervenor. | ) |

## INTERVENOR'S NOTICE OF INTENT TO SERVE SUBPOENAS FOR PRODUCTION OF DOCUMENTS

YOU ARE HEREBY NOTIFIED, pursuant to Rule 45 of the Federal Rules of Civil Procedure, that Intervenor, Cobb County School District intends to serve subpoenas to produce documents upon the following: Dr. Kassra A. R. Oskooii and Anthony Fairfax.

Additionally, copies of the subpoenas to the non-parties have been sent to all counsel of record via email, along with a copy of this notice.

**FREEMAN MATHIS & GARY, LLP**

/s/ Philip W. Savrin
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
Jonathan D. Crumly
Georgia Bar No. 199466
jonathan.crumly@fmglaw.com
William H. Buechner, Jr.
Georgia Bar No. 086392
bbuechner@fmglaw.com
Scott Eric Anderson
Georgia Bar No. 105077
scott.Anderson@fmglaw.com
P. Michael Freed
Georgia Bar No. 061128
michael.freed@fmglaw.com

*Attorneys for Intervenor*
*Cobb County School District*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **INTERVENOR'S NOTICE OF INTENT TO SERVE SUBPOENAS FOR PRODUCTION OF DOCUMENTS** via electronic mail to the following counsel of record:

Bradley E. Heard
Pichaya Poy Winichakul
Michael Tafelski
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Avenue
Suite 340
Decatur, GA 30030
bradley.heard@splcenter.org
poy.winichakul@splcenter.org
michael.tafelski@splcenter.org

Rahul Garabadu
Cory Isaacson
Caitlin May
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
rgarabadu@acluga.org
cisaacson@acluga.org
cmay@acluga.org

Jeff Loperfido
Christopher Shenton
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54
Suite 101
Durham, NC 27707
jeffloperfido@scsj.org
chrisshenton@scsj.org

Jon Greenbaum
Ezra D. Rosenberg
Julie M. Houk
Sofia Fernandez Gold
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
sfgold@lawyerscommittee.org

Caren E. Short
LEAGUE OF WOMEN VOTERS
OF THE UNITED STATES
1233 20th Street NW
Suite 500
Washington, DC 20036
cshort@lwv.org

Douglas I. Koff
Thomas L. Mott
Paul Schochet
Savannah Price
Matthew J. Sunday
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000
Douglas.Koff@srz.com
Thomas.Mott@srz.com
Paul.Schochet@srz.com
Savannah.Price@srz.com
Matthew.Sunday@srz.com

Daniel W. White
HAYNIE, LITCHFIELD
& WHITE, PC
222 Washington Avenue
Marietta, GA 30060
dwhite@hlw-law.com

This 31st day of August, 2023.

/s/ Philip W. Savrin
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
*Attorney for Intervenor*
*Cobb County School District*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)