# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-02300-ELR
## Finn et al v. Cobb County Board of Elections and Registration et al
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Chambers on 09/12/2023.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 3:25 P.M.          COURT REPORTER: Elizabeth Cohn
TIME IN COURT: 00:25                     DEPUTY CLERK: Michelle Beck
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:    Scott Anderson representing Cobb County School District
                        William Buechner representing Cobb County School District
                        Jonathan Crumly representing Cobb County School District
                        Jon Greenbaum representing Galeo Latino Community Development Fund, Inc.
                        Jon Greenbaum representing Georgia Coalition for the People's Agenda, Inc.
                        Jon Greenbaum representing League of Women Voters of Marietta-Cobb
                        Jon Greenbaum representing New Georgia Project Action Fund
                        Jon Greenbaum representing Hylah Daly
                        Jon Greenbaum representing Jenne Dulcio
                        Jon Greenbaum representing Jullian Ford
                        Jon Greenbaum representing Karen Finn
                        Julie Houk representing Galeo Latino Community Development Fund, Inc.
                        Julie Houk representing Georgia Coalition for the People's Agenda, Inc.
                        Julie Houk representing League of Women Voters of Marietta-Cobb
                        Julie Houk representing New Georgia Project Action Fund
                        Julie Houk representing Hylah Daly
                        Julie Houk representing Jenne Dulcio
                        Julie Houk representing Jullian Ford
                        Julie Houk representing Karen Finn
                        Sabrina Khan representing Galeo Latino Community Development Fund, Inc.
                        Sabrina Khan representing Georgia Coalition for the People's Agenda, Inc.
                        Sabrina Khan representing League of Women Voters of Marietta-Cobb

Sabrina Khan representing New Georgia Project Action Fund
Sabrina Khan representing Hylah Daly
Sabrina Khan representing Jenne Dulcio
Sabrina Khan representing Jullian Ford
Sabrina Khan representing Karen Finn
Douglas Koff representing Galeo Latino Community Development Fund, Inc.
Douglas Koff representing Georgia Coalition for the People's Agenda, Inc.
Douglas Koff representing League of Women Voters of Marietta-Cobb
Douglas Koff representing New Georgia Project Action Fund
Douglas Koff representing Hylah Daly
Douglas Koff representing Jenne Dulcio
Douglas Koff representing Jullian Ford
Douglas Koff representing Karen Finn
Caitlin May representing Galeo Latino Community Development Fund, Inc.
Caitlin May representing Georgia Coalition for the People's Agenda, Inc.
Caitlin May representing League of Women Voters of Marietta-Cobb
Caitlin May representing New Georgia Project Action Fund
Caitlin May representing Hylah Daly
Caitlin May representing Jenne Dulcio
Caitlin May representing Jullian Ford
Caitlin May representing Karen Finn
Ezra Rosenberg representing Galeo Latino Community Development Fund, Inc.
Ezra Rosenberg representing Georgia Coalition for the People's Agenda, Inc.
Ezra Rosenberg representing League of Women Voters of Marietta-Cobb
Ezra Rosenberg representing New Georgia Project Action Fund
Ezra Rosenberg representing Hylah Daly
Ezra Rosenberg representing Jenne Dulcio
Ezra Rosenberg representing Jullian Ford
Ezra Rosenberg representing Karen Finn
Christopher Shenton representing Galeo Latino Community Development Fund, Inc.
Christopher Shenton representing Georgia Coalition for the People's Agenda, Inc.
Christopher Shenton representing League of Women Voters of Marietta-Cobb
Christopher Shenton representing New Georgia Project Action Fund
Christopher Shenton representing Hylah Daly
Christopher Shenton representing Jenne Dulcio
Christopher Shenton representing Jullian Ford
Christopher Shenton representing Karen Finn
Daniel White representing Cobb County Board of Elections and Registration
Daniel White representing Janine Eveler
Pichaya Winichakul representing Galeo Latino Community Development Fund, Inc.
Pichaya Winichakul representing Georgia Coalition for the People's Agenda, Inc.

| | |
|---|---|
| | Pichaya Winichakul representing League of Women Voters of Marietta-Cobb |
| | Pichaya Winichakul representing New Georgia Project Action Fund |
| | Pichaya Winichakul representing Hylah Daly |
| | Pichaya Winichakul representing Jenne Dulcio |
| | Pichaya Winichakul representing Jullian Ford |
| | Pichaya Winichakul representing Karen Finn |
| PROCEEDING CATEGORY: | Telephone Conference (Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Court Reporter was present. Case called. Counsel for the Plaintiff and Defendants announced themselves. Court discussed outstanding issues and addressed scheduling. Call ended. |
| HEARING STATUS: | Hearing Concluded |