# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

KAREN FINN, DR. JILLIAN FORD,
HYLAH DALY, JENNE DULCIO,
GALEO LATINO COMMUNITY
DEVELOPMENT FUND, INC.,
NEW GEORGIA PROJECT ACTION
FUND, LEAGUE OF WOMEN
VOTERS OF MARIETTA-COBB,
and
GEORGIA COALITION FOR THE
PEOPLE'S AGENDA, INC.,

Case No.  1:22-cv-2300-ELR

Plaintiffs

-v-

COBB COUNTY BOARD OF
ELECTIONS AND
REGISTRATION, *et al.*,

Defendants.

## CONSENT MOTION TO MODIFY THE SCHEDULING ORDER

COME NOW, Plaintiffs Karen Finn, Dr. Jillian Ford, Hylah Daly,

Jenne Dulcio, GALEO Latino Community Development Fund, Inc.,  New

Georgia Project Action Fund, League of Women Voters of Marietta-Cobb,

and Georgia Coalition For the People's Agenda, Inc. (the "Plaintiffs"), with

the consent of the Cobb County Board of Elections and Registration and

Janine Eveler,[1] in her official capacity as Director of the Cobb County Board of Elections and Registration (the "Defendants" and, together with the Plaintiffs, the "Parties"), and hereby move the Court to modify the January 5, 2023 Scheduling Order (ECF No. 57), as amended on September 18, 2023 (ECF No. 177).

WHEREFORE, pursuant to the Court's instructions in the Court's Order on September 18, 2023 (ECF No. 177), the Parties have met and conferred and agreed on a schedule for the remainder of the proceedings in the above-captioned matter.

WHEREFORE, Plaintiffs contemplate filing a motion for preliminary injunction no later than November 1, 2023 and will waive any request for a preliminary injunction hearing, but the parties will be available for a preliminary injunction hearing at the Court's discretion.

WHEREFORE, Plaintiffs stipulate that the relief requested in Plaintiffs' motion for preliminary injunction will be that the Court give the

---

[1] Defendant Janine Eveler retired from her position as Director of the Cobb County Board of Elections and Registration effective May 5, 2023. Gerry Miller has been appointed as Interim Director as of August 1, 2023. Defendants have agreed to work with Plaintiffs to substitute Mr. Miller as defendant for Ms. Eveler, and again after the search for a permanent Director is complete.

legislature the first opportunity to draw a new map within the time set by the Court, subject to the Court's review and approval.

WHEREFORE, should Plaintiffs prevail on their motion for preliminary injunction and if the Georgia General Assembly fails to draw a new School Board map or if the School Board map drawn by the General Assembly fails to meet the Court's approval, Plaintiffs and Defendants agree to the Court's supervision of the implementation of an interim remedial map with input from the Parties.

WHEREFORE, Plaintiffs and Defendants stipulate that, should the Court issue an order preliminarily enjoining the current School Board map by December 15, 2023 and an order adopting an interim remedial map by January 22, 2024, six weeks prior to the beginning of the anticipated candidate qualifying period,[2] Defendants will have sufficient time to fully administer the May 21, 2024 state and county primary election, including the implementation of an interim remedial map for school district races and all public education and notice actions in the usual course of an election.

---

[2] Pursuant to O.C.G.A. Section 21-2-152(c)(1)(A), the school board candidate qualifying period for the May 21, 2024 state and county primary begins on March 4, 2024 (the Monday of the 11th week prior to the state and county primary scheduled on May 21, 2024).

WHEREFORE, Plaintiffs respectfully request that the Court grant the instant Motion and order that the remainder of these proceedings follow the schedule set forth below:

| Event | Deadline |
|---|---|
| Last day to file motion for preliminary injunction | November 1, 2023 |
| Last day to file responses to motion for preliminary injunction | 14 days after motion for preliminary injunction |
| Last day to file replies in support of motion for preliminary injunction | 7 days after responses to motion for preliminary injunction |

Should Plaintiffs prevail in their motion for a preliminary injunction:

| Event | Deadline |
|---|---|
| Period for Georgia General Assembly to adopt a new map | December 18, 2023-January 10, 2024 |
| Last day for parties to enter objections to the Georgia General Assembly's new map or should the Georgia General Assembly fail to adopt a new map | January 12, 2024 |
| Last day to reply to parties' objections | January 17, 2024 |
| Last day to file motions for summary judgment | April 1, 2024 |
| Last day to submit consolidated pretrial order | April 22, 2024 |
| Last day to file *Daubert* motions | April 22, 2024 |

| Last day to file motions in limine | April 22, 2024 |
|---|---|
| Last day to request amendment to pretrial order to include amended pretrial stipulations, exhibits, witness list | 30 days before trial date |
| Proposed trial date | June 25, 2024 or at the Court's discretion |
| Remedial hearing/proceedings to commence (if applicable) | At the Court's discretion |

Respectfully submitted this 22nd day of September 2023.

| | |
|---|---|
| /s/ Pichaya Poy Winichakul | /s/ Daniel W. White |
| Pichaya Poy Winichakul (Ga. Bar No. 246858) | Daniel W. White (Ga. Bar No. 153033) |
| Bradley E. Heard (Ga. Bar No. 342209) | HAYNIE, LITCHFIELD & WHITE, PC |
| Michael Tafelski (Ga. Bar No. 507007) | 222 Washington Avenue |
| Sabrina S. Khan* | Marietta, GA 30060 |
| SOUTHERN POVERTY LAW CENTER | (770) 422-8900 |
| 150 E. Ponce de Leon Ave., Suite 340 | dwhite@hlw-law.com |
| Decatur, Georgia 30030 | |
| (404) 521-6700 | *Attorney for Cobb County Election Defendants* |
| bradley.heard@splcenter.org | |
| poy.winichakul@splcenter.org | |
| michael.tafelski@splcenter.org | |
| sabrina.khan@splcenter.org | |
| | |
| Jeff Loperfido* | |
| Christopher Shenton* | |

SOUTHERN COALITION FOR
SOCIAL JUSTICE
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
(919) 323-3380
jeffloperfido@scsj.org
chrisshenton@scsj.org

Rahul Garabadu (Ga. Bar No. 553777)
Cory Isaacson (Ga. Bar No. 983797)
Caitlin May (Ga. Bar No. 602081)
ACLU FOUNDATION OF
GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
(678) 310-3699
rgarabadu@acluga.org
cisaacson@acluga.org
cmay@acluga.org

Jon Greenbaum*
Ezra D. Rosenberg*
Julie M. Houk*
Sofia Fernandez Gold*
Heather Szilagyi*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
sfgold@lawyerscommittee.org
hszilagyi@lawyerscommittee.org

Douglas I. Koff*
Thomas L. Mott*

Jacqueline Maero Blaskowski*
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000
Douglas.Koff@srz.com
Thomas.Mott@srz.com
Jacqueline.Maeroblaskowski@srz.com

*Admitted Pro Hac Vice

*Counsel for Plaintiffs Karen Finn, Dr. Jillian Ford, Hylah Daly, Jenne Dulcio, GALEO Latino Community Development Fund, Inc., New Georgia Project Action Fund, League of Women Voters of Marietta-Cobb, and Georgia Coalition for the People's Agenda, Inc.*

/s/ *Caren E. Short*
Caren E. Short (Ga Bar No. 990443)
LEAGUE OF WOMEN VOTERS
OF THE UNITED STATES
1233 20th Street NW, Suite 500
Washington, DC 20036
202-921-2219
cshort@lwv.org

*Counsel for Plaintiff League of Women Voters Marietta-Cobb*

## CERTIFICATION OF COMPLIANCE

Pursuant to Local Rule 7.1, the undersigned counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1.

Dated this 22nd day of September 2023.

/s/ Pichaya Poy Winichakul
Pichaya Poy Winichakul (Ga. Bar No. 246858)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30030
(404) 521-6700
poy.winichakul@splcenter.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2023, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will

then send a notification of such filing to the counsel of record in this case.

Dated this 22nd day of September 2023.

> */s/ Pichaya Poy Winichakul*
> Pichaya Poy Winichakul (Ga. Bar No. 246858)
> SOUTHERN POVERTY LAW CENTER
> 150 E. Ponce de Leon Ave., Suite 340
> Decatur, Georgia 30030
> (404) 521-6700
> poy.winichakul@splcenter.org