UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN FINN, *et al.*,<br>    Plaintiffs,<br><br>-v-<br><br>COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION, *et al.*<br>    Defendant,<br><br>and<br><br>COBB COUNTY SCHOOL DISTRICT,<br>    Intervenor. | Case No. 1:22-cv-2300-ELR |

### INTERVENOR COBB COUNTY SCHOOL DISTRICT'S NOTICE OF APPEAL

Intervenor Cobb County School District ("District") appeals to the United States Court of Appeals for the Eleventh Circuit from the order prohibiting the District from continuing to participate in the case as an intervenor issued orally during the telephonic hearing on September 12, 2023. (Doc. 175.)

Respectfully submitted this 12th day of October, 2023.

*[Signatures on the following page]*

/s/ P. Michael Freed
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
Jonathan D. Crumly
Georgia Bar No. 199466
jonathan.crumly@fmglaw.com
William H. Buechner, Jr.
Georgia Bar No. 086392
bbuechner@fmglaw.com
Scott Eric Anderson
Georgia Bar No. 105077
scott.anderson@fmglaw.com
P. Michael Freed
Georgia Bar No. 061128
michael.freed@fmglaw.com

*Attorneys for Intervenor*
*Cobb County School District*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833)330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing to the Clerk of Court using the Court's E-file system, which will automatically send electronic mail notification of such filing to all parties who have appeared in the action.

This 12th day of October 2023.

                                          **FREEMAN MATHIS & GARY, LLP**

                                          */s/ P. Michael Freed*
                                          P. Michael Freed
                                          Georgia Bar No. 061128
                                          michael.freed@fmglaw.com