# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

DOCKETING SECTION
404-215-1655

October 13, 2023

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia     30303

      **U.S.D.C. No.:** 1:22-cv-2300-ELR
      **U.S.C.A. No.:** 00-00000-00
      **In re:**     Karen Finn et al v. Cobb County Board of Elections and Registration et al

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on . |
| | There is no transcript. |
| **X** | **The court reporter is Elizabeth Cohn.** |
| | There is sealed material as described below: . |
| | Other: . |
| **X** | **Fees paid electronically on 10/13/23. (Receipt# AGANDC-12947663)** |
| | Appellant has been GRANTED leave to proceed *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Eleanor L. Ross.** |
| | This is a **DEATH PENALTY** appeal. |

                                                        Sincerely,

                                                        Kevin P. Weimer
                                                       District Court Executive
                                                       and Clerk of Court

                                          By:   /s/P. McClam
                                                        Deputy Clerk