# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 17, 2023

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 23-13185-E
Case Style: In re: Cobb County School District
District Court Docket No: 1:22-CV-02300-ELR

The enclosed order has been entered. No further action will be taken in this matter.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13185

_____

In re: COBB COUNTY SCHOOL DISTRICT,

                                        Petitioner.

_____

On Petition for Writ of Mandamus to the
United States District Court for the
Northern District of Georgia
D.C. Docket No. 1:22-CV-02300-ELR

_____

Before ROSENBAUM and NEWSOM, Circuit Judges.

BY THE COURT:

| 2 | Order of the Court | 23-13185 |
|---|---|---|

Petitioner's request for a writ of mandamus is DENIED. It appears to have "other adequate means to attain the relief [it] desires," *Rohe v. Wells Fargo Bank, N.A.*, 988 F.3d 1256, 1267 (11th Cir. 2021). *See Hines v. D'Artois*, 531 F.2d 726, 737–38 (5th Cir. 1976).

Petitioner's motion to file a supplemental brief is GRANTED to the extent it has leave to file the proposed supplemental brief docketed in this Court on October 12, 2023.