# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| KAREN FINN, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | 1:22-CV-02300-ELR |
| | * | |
| COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION, et al., | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

## O R D E R

Presently before the Court are the Parties' "Consent Motion to Modify the Scheduling Order" [Doc. 180] and Plaintiffs' "Unopposed Motion for Leave to File Excess Pages." [Doc. 190]. First, upon review and consideration, the Court **GRANTS IN PART AND DENIES IN PART** the Parties' "Consent Motion to Modify the Scheduling Order" [Doc. 180]. Specifically, the Court **GRANTS** that motion to the extent that it requests that the Court set a briefing schedule for Plaintiffs' anticipated motion for preliminary injunction. Those deadlines are as follows:

| Event | Deadline |
|---|---|
| Filing of motion for preliminary injunction | November 1, 2023 |
| Filing of response brief(s) to motion for preliminary injunction | Fourteen (14) days after filing of motion for preliminary injunction |
| Filing of reply brief(s) in support of motion for preliminary injunction | Seven (7) days after filing of response brief(s) |

The Court **DENIES** that motion in all other respects.

Second, by their "Unopposed Motion for Leave to File Excess Pages" [Doc. 190], Plaintiffs request that the Court enlarge the page limitation for its brief in support of its motion for preliminary injunction from twenty-five (25) to fifty-five (55) pages. [Doc. 190]. Plaintiffs contend that permitting excess pages for their forthcoming motion is appropriate because (1) the Parties have agreed to a stipulated settlement agreement [Doc. 190-1] by which Defendants agree to "take no position with respect to . . . and shall not file any opposition in response to" Plaintiffs' forthcoming preliminary injunction motion, (2) Plaintiffs will not file a reply brief because they "do not anticipate a response [brief]," and (3) fifty-five (55) pages will allow Plaintiffs to "sufficient[ly] . . . explain the facts and the law" in light of the Parties' stipulated settlement agreement and the absence of opposition or responsive briefing. [Doc. 190 at 2–3]. Upon review and consideration, the Court **GRANTS** the motion. [Doc. 190]. Plaintiffs are permitted to file a fifty-five (55) page brief in

support of their motion for preliminary injunction. Plaintiffs' brief should otherwise conform with this district's Local Rules.[1]

**SO ORDERED**, this 20th day of October, 2023.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] Although Plaintiffs represent that no response or reply briefs will be filed in connection with their motion for preliminary injunction, the Court notes that any other filings related to that motion should conform with the page limitations and other requirements as set out in the Local Rules of this district.