# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

KAREN FINN; DR. JILLIAN FORD;    :
HYLAH DALY; JENNE DULCIO; GALEO  :
LATINO COMMUNITY DEVELOPMENT     :
FUND, INC.; NEW GEORGIA PROJECT  :
ACTION FUND; LEAGUE OF WOMEN     : CIVIL ACTION FILE
VOTERS OF MARIETTA-COBB; and     : NUMBER:
GEORGIA COALITION FOR THE        : 1:22-cv-2300-ELR
PEOPLE'S AGENDA, INC.,           :
                                 :
        Plaintiffs,              :
                                 :
versus                           :
                                 :
COBB COUNTY BOARD OF ELECTIONS   :
AND REGISTRATION, et al.         :
                                 :
        Defendants.              :
                                 :
and                              :
                                 :
COBB COUNTY SCHOOL DISTRICT,     :
                                 :
        Intervenor.

_____


VIDEOTAPED DEPOSITION OF
JOHN FLORESTA


10:09 a.m.
August 4, 2023

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia


Susan DiFilippantonio, RPR, CCR No. B-2125

conversations you had with counsel on behalf of the District, you may answer.

THE WITNESS:  I -- I have been the support for the board in respect to redistricting and, as such, the point of contact for this case.

BY MS. MABRO:

Q.      Well, what did you mean by "default designee"?

A.      The only District staff who has been involved in supporting the board in this work has been me, so by default.

Q.      Are there any other individuals that support the board, apart from you?

A.      We all -- we all, all 19,000 of us, support the board, but specific to this work, it was designated to me.

Q.      How do you define "this work"?

A.      The recommendation made by our board to the General Assembly relative to the maps.

Q.      Was there any other support staff involved in that role?

A.      No.

Q.      How long have you been involved in that role?

A.      This work was first brought roughly early 2021 as a potential need or on the table for board action, so late winter, early spring of 2021.

Q.    And at that time, what specifically was brought to your attention?  What work needed to be done?

A.    Yeah, there was a request from the board chair at the time, Board Chairman Scamihorn, to research experts in -- legal experts in redistricting.

Q.    And you say that was in early spring of 2021, there was a search for legal experts?

A.    Roughly, yes.

Q.    Legal experts with respect to redistricting?

A.    Yes.

Q.    Did anyone assist you with that work?

A.    I asked one of our lobbyists to make a recommendation, and then, frankly, did my own research.

Q.    Which lobbyist was that?

A.    Don Bolia.

Q.    When did you ask that of him?

A.    Late winter, early spring of 2021.

Q.    And to be clear, by late winter, you're referring to the winter of 2020?

A.    No, February -- roughly February, March of 2021.

Q.    So you spoke with Don Bolia and -- or Don -- would you say his last name again?

A.    I will.  Bolia.

Q.    Bolia.  You spoke with him in February or March of 2021?

A.    They did.

Q.    Did you recommend any other third parties to the board?

A.    I provided a description of both Butler Snow and their strengths, and Taylor English and their strengths to the board chair.

Q.    What were -- what were your priorities as far as vetting third parties to recommend to the board?

A.    That we would have a legally defensible process with -- driven by experts who understand redistricting.

Q.    So the priority was that the process would be legally defensible?

A.    Yeah, the motive was relevant to the census data, which has certainly changed in this county between 2012 and 2022.  We wanted to make sure that we were following a process and that it was led by those with expertise in the space.

Q.    And who did you anticipate having to legally defend the process against?

A.    Whether there were legal challenges or not, we wanted the work to be led by experts in the space.

Q.    Were legal challenges contemplated as of spring 2021?

A.    I believe in discovery, Mr. Tyson referenced, really, the real motive for wisdom behind his process

of them at various times would bring agenda items and conversation that was not relevant to schools.

Q.   Can you give me an example of an agenda item that's not relevant to schools?

A.   Anything that's not about teaching and learning. There are certainly many examples of anything that doesn't apply to kids and teachers.  And if it didn't, the board as a whole certainly resisted it.  There was extensive individual conversation between board members on that topic over the course of the year or so prior to the policy change.

Q.   Well, can you give me an example of one of the not-relevant topics you were referring to in your answer?

A.   I could give many.  I'll give one, which was an item brought by a board member -- and I think this was actually in what we call board member comment, actually, which was an open forum for board members to discuss topics as they'd like.  One of them brought a child's picture book to read, and I think that was written by his wife or cosigned by his wife, as an example.

There were certainly volatile topics, and I could give countless examples of those.

Q.   Can you give me another example?

A.   Yeah.  Anything that, again, doesn't have to do

with schools.  We -- some of the political topics that our minority members had a habit of bringing were relevant to topics that have been debated inside of this state and inside of our board, controversial issues, including some of the topics that have been brought inside of this suit or at least alleged inside of this suit, including CRT, would be a simple example.

**Q.    Can you give another example of the -- what you would call the political topic that the -- the black board members were bringing?**

MR. ANDERSON:  Object to form.

THE WITNESS:  Yeah, for a period of four or five years, honestly, any issue that was brought to the board was turned into a political weaponization, for lack of a better term.  We've seen an increasing pattern of conversation both at the board level and inside the community, attempts to flip the political constituency and the political makeup of the board.

And so to answer your question bluntly, any agenda item, whether it was related to schools or whether it wasn't, inside of our board room has been used and been weaponized against the board as a whole and, frankly, against the operations of the School District.