# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KAREN FINN, *et al.*,<br><br>    Plaintiffs,<br><br>-v-<br><br>COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION, *et al.*,<br><br>    Defendants. | Case No. 1:22-cv-2300-ELR |

## COBB COUNTY SCHOOL DISTRICT'S SUPPLEMENT TO ITS MOTION FOR LEAVE TO FILE AMICUS BRIEF IN RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The Cobb County School District ("District") files this Supplement to its Motion requesting leave to file an Amicus Brief [Doc. 191] in response to Plaintiffs' unopposed motion and brief for preliminary injunction [Docs. 194 and 194-1] to provide the Court with the District's proposed Amicus Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction attached hereto and incorporated herein by reference as Exhibit A. The attached proposed brief in opposition complies with this Court's 14-day response period and its 25-page limitation for a response set forth in its October 20, 2023 Order [Doc. 193].

Respectfully submitted this 6th day of November, 2023.

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
Jonathan D. Crumly
Georgia Bar No. 199466
jonathan.crumly@fmglaw.com
William H. Buechner, Jr.
Georgia Bar No. 086392
bbuechner@fmglaw.com
Scott Eric Anderson
Georgia Bar No. 105077
scott.anderson@fmglaw.com
P. Michael Freed
Georgia Bar No. 061128
michael.freed@fmglaw.com

*Attorneys for Cobb County School District*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833)330-3669 (facsimile)

## LOCAL RULE 7.1 CERTIFICATION

The undersigned does hereby certify that the foregoing has been prepared with Century Schoolbook 14-point font in compliance with Local Rule 5.1.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing to the Clerk of Court using the Court's E-file system, which will automatically send electronic mail notification of such filing to all parties who have appeared in the action.

This 6th day of November 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836