# EXHIBIT 4

# to Amicus Cobb County School District's Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction

# Chastain Tr. Excerpts

A    Yes.

Q    Was that the first time you had heard about retaining Taylor English for redistricting services?

A    Yes.

Q    And again, it was during that work session that Mr. Scamihorn raised the possibility of retaining Taylor English; is that right?

A    Yes.

Q    Do you have a prior connection with Taylor English?

A    I don't think so.

Q    Had you ever heard of Taylor English prior to that work session?

A    I believe I had but not anything related to the school board.

Q    Was it in any relation to redistricting?

A    No.  I think it might have had something to do with a chamber of commerce activity.

Q    Did you receive any other information about Taylor English from Mr. Scamihorn after that work session?

A    He shared something in the business meeting before we voted.

Q    I'm sorry, can you say that one more

time?

A    He shared something in the business meeting right before we voted and it was put -- it was supposed to be on the agenda for the work session with the possibility of voting, and then it got moved.  It got changed so it could be voted on in the evening session.  And at that time he had something or more explanation prior to our vote.

Q    Who changed that meeting agenda?

A    The chair did because of some discussion from other board members during the work session.

Q    Do you know if other outside parties were considered in connection with redistricting services other than Taylor English?

A    I do not know.

Q    Did you know that in spring of 2021, Mr. Scamihorn asked Mr. Ragsdale and Mr. Floresta to search for guidance to assist the board with redistricting?

A    No.

Q    At anytime were you made aware of a meeting between Taylor English and Mr. Scamihorn in May 2021?

A    No.

Q    Did you know that Taylor English gave a

presentation at the May 2021 meeting with Mr. Scamihorn?

A    A board meeting?

Q    This was a private meeting.  I'm referring to that same private meeting between Taylor English and Mr. Scamihorn in May 2021.

A    No.

Q    So you've never seen the presentation from Taylor English that was presented in May 2021 to Mr. Scamihorn?

A    I was not in the meeting.

Q    Did you ask Mr. Scamihorn for any additional information about Taylor English following that work session that he raised the possibility of retaining Taylor English?

A    I believe I might have asked a couple of questions in the work session itself, but I did not go any further.  I mean, we provided his own little presentation at the voting session and we voted for it.

Q    Why didn't you ask for more information about Taylor English?

A    The chairman had come with a recommendation and time was of the essence.  And in the work session there was this general agreement

that yes, bringing in an outside consultant would make sense given the makeup of the board and the possibility of some contentiousness.  That's not the word that was used.

So I think the board as a whole was like okay, this is not a bad idea.  They might have concern with Taylor English and then we got to the voting session and I was satisfied that we'd be okay going with the consultant who had 20 years' expertise I think.  We needed someone to help guide us through the process so it would not be like for the last -- the 2010 census.

**Q    And your satisfaction was based on the documents that you testified that Mr. Scamihorn shared with you between the work session and that (inaudible); is that right?**

MR. ANDERSON:  Object to form, to the extent it misrepresents his testimony.  You may answer sir.

A    I'm referring to Mr. Scamihorn's presentation about Taylor English in the whole, not just a document.

BY MS. WINICHAKUL:

**Q    Okay.  And you had received no other information prior about Taylor English?**

retained and then if you get above a certain threshold the board votes above the financial threshold.  But it's separate from regular -- chairman's that you think of for all the other things that run the district.

Q    Do you recall when the board ultimately voted to hire Taylor English for its redistricting services?

A    Fall of 2021.  It had to go out and get engaged for something.  That took a while.  And nothing could be done until the day the actual census data was available, and I believe there was a lag time on that.  So I forget exactly what it was, but it was somewhere around the fall.

Q    Okay.  So there was a process just to make sure I understand.  There was a vote to retain Taylor English.  Then there was the actual engagement of Taylor English.  And then you mentioned there was nothing that could be done until the official census numbers were released.  Do I have that correctly?

A    I think so because we couldn't start working on the maps until we had data.

Q    And you then began working on the maps. Was that working on the maps in your experience in connection and consultation with Taylor English?

**FINN, ET AL. vs COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION, ET AL.**
Confidential                David  Chastain on 08/29/2023                Page 82

A   He was in the process of drafting a map and was showing me the map in draft.

**Q   Did you communicate any priority or preferences related to map drawing to Mr. Tyson prior to this meeting?**

A   No.

**Q   Did you instruct him to create a map with any -- did you instruct Mr. Tyson to create a map prior to this meeting?**

A   No.  In the meeting we had our discussion about what the maps would look like.

**Q   And what priorities and preferences did you relay to Mr. Tyson during that meeting regarding a new map?**

A   I really was fairly flexible, but my understanding it was in the process of moving clockwise around the county.  And the only input I really had was that if we could move it around so that I didn't as many college students from Kennesaw State in the post.  That would be preferable.

**Q   And did Mr. Tyson communicate to you that the map was in the process of moving clockwise as you stated?**

A   I believe that was part of the conversation.

A    No.

Q    Mr. Steinhauser?

A    No.

(Whereupon, Exhibit No. 26 was previously marked for identification by the court reporter.)

BY MS. WINICHAKUL:

Q    I'd like to show the witness what was previously marked as Plaintiffs' Exhibit 26.  This is Bates stamped CCSB 16714 through 16732.  It's quite a large document, so we're going to take it a little bit at a time if that's okay with you, Mr. Chastain.

So I'll represent to you this first page is an e-mail from Mr. Banks to all the board members copying superintendent Ragsdale.  And it was sent on November 13th, 2021 with the subject line 2022 Cobb high school ethnicity study.

Do you recognize this e-mail?

A    I recognize it somewhat.  I think he does that every year.

Q    And do you see where it says it was sent on November 13th, 2021?

A    Yes.

Q    Would you have received this during the redistricting process that you were -- during your

communications with Mr. Tyson?

A    My name is on there.

Q    So --

A    Where's my name?  There it is.  Yeah, sorry.

Q    No problem.  You testified that you met with Mr. Tyson.  That initial e-mail outreach with Mr. Tyson was in October 18th, 2021, right?

A    Yes.

Q    So this would have been shortly following your -- receipt of this e-mail was shortly following your initial meeting with Mr. Tyson.  Is that approximately right?

A    Yes.

Q    Did you discuss this ethnicity study with Mr. Tyson during any of your meetings?

A    No.

Q    Did you discuss this ethnicity study with any other board members?

A    No.

Q    Did you discuss this ethnicity study with Mr. Banks?

A    No.

Q    Did Mr. Banks discuss this ethnicity study with you?

A    I don't recall.

Q    Did the ethnicity study come up in any conversations -- in any of your conversations regarding redistricting?

A    No.

Q    Your conversation with Mr. Steinhauser, was this brought up?

A    No.

Q    I'll represent to you that the other pages in this document are the attachments that you see here.  I have to just scroll through them and you can look at all of them.

A    No, I've never seen these.  I never opened the attachments on that e-mail.

Q    What do you think the purpose of Mr. Banks -- what was the purpose of Mr. Banks performing this study?

A    I don't know Mr. Banks' mind.  He does this I think almost every year.  I slide it over into a file folder, but I have no reason to even open up the attachments and look at it.

Q    Did anyone to your knowledge direct Mr. Banks to perform this study?

A    No, not to my knowledge.

Q    What did you understand to be the purpose

answered.  Go ahead.

A    There's probably others, but I don't know what common issues we're talking about.

BY MS. WINICHAKUL:

Q    Okay.  That's all I'm wondering.  Does South Cobb High School share common issues with Pebblebrook High School in your opinion?

A    I don't know what common issues you're referring to.

Q    Just in your opinion do you know if South Cobb High School shares any common issues with Pebblebrook High School?

MR. ANDERSON:  Object, asked and answered.  Try again, sir.

A    I don't know how to answer this question.  I don't know what the common issues are.  Every high school shares common issues with other high schools.  It could be size.  It could be budgets.  It could be whether or not they have a booster club that supports sports or whatever.  What issues -- I mean whoever made this list is making a declarative statement without defining what the declarative means.

BY MS. WINICHAKUL:

Q    Okay.  Are there any pairs of high schools here that you would think are natural pairs

FINN, ET AL. vs COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION, ET AL.
Confidential                    David  Chastain on 08/29/2023                    Page 121

decision to split the City of Kennesaw into separate districts?

A    I don't know.

Q    And did you ever have any conversations with anyone about splitting the City of Smyrna into separate districts?

A    No.

Q    What about conversations about splitting the City of Kennesaw into separate districts?

A    The only thing is as I said earlier the issue of moving Kennesaw State and its students if we were moving did not include that in my post.  But that's the only discussion relating to anything about Kennesaw.

Q    Okay.  Final question.  Take down the exhibit.

Do you remember debates about critical race theory in schools taking place during Cobb School Board meetings?

A    Debates or discussions?

Q    Sure.

A    Yes.

Q    And what's your recollection of how these discussions went generally?

A    So far at least at that time people could

not agree on a definition.

**Q    And what about now?**

A    More has been written, more scholarship has been done, but people still have a hard time with CRT critical race theory in talking about it and defining it.  I think the sides have come closer in many circles, but opinions have not changed.

**Q    Were Board members limited in how much they could speak about critical race theory during those debates?**

A    Say it again, please.

**Q    Were board members limited in how much they could speak about critical race theory during those -- I'm sorry, you called them discussions?**

MR. ANDERSON:  Again, I'm going to object to the characterization of the question.  Go ahead.

A    I don't recall there being limitations on the discussion.  I remember a lot of discussion, but I do not remember limitations.  There was discussion, so that's all I remember.

BY MS. WINICHAKUL:

**Q    How about discussions or debates about the renaming of Wheeler High School?**

A    It was never an agenda item.

Q    So the outcome of that discussion was that it was never placed on the agenda; is that right?

A    Discussion -- it was not for discussion. They were public comments about it.  It might have been mentioned occasionally, but there was no discussion about renaming Wheeler High School.

Q    What about discussions about the 1619 project?  Do you recall those discussions happening at the school board meeting?

A    Yes.  That was very limited discussion on 1619 as it was referenced in the resolution.

Q    And what resolution was that?

A    The one against teaching critical race theory, CRT, in our schools.

Q    And just for my own education what was the outcome of that specific discussion?

A    The resolution ended up being passed.

Q    And do you recall discussions or debates about Cognia -- about Cognia period?

A    Yes.

Q    And what were those discussions about?

A    There was discussions.  How far back do we go?

Q    Let's talk about the Cognia