# EXHIBIT 5

# to Amicus Cobb County School District's Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction

# Wheeler Tr. Excerpts

A     Not specifically, no.

Q     **Do you have any general recollection?**

A     It was before we (inaudible).

THE COURT REPORTER:  Say it again.

THE WITNESS:  It was before -- I don't remember any specific time, but I know it was obviously before the meeting that we voted on it.  I don't know when exact time was.

BY MS. MAERO:

Q     **Did you ever hear of any other potential names or outside advisors that were being considered to help with the redistricting?**

A     No.

Q     **Are you familiar with the name Butler Snow?**

A     No.

Q     **Were you aware that in spring of 2021, Mr. Scamihorn asked Mr. Ragsdale and Mr. Floresta to look for an advisor for the board to help with the redistricting?**

A     No.

Q     **At any time were you made aware of a meeting between Taylor English and Mr. Scamihorn in May of 2021?**

A    No.

Q    At any time were you made aware that Taylor English gave a presentation in May of 2021 to Mr. Scamihorn?

A    No.

Q    So you've never seen any presentation by Taylor English?

A    No.

Q    What is your understanding of the board's process in hiring outside firms or consultants generally?

MR. ANDERSON:  Object to the form of the question.  It's ambiguous.  But sir, if you understand the question.

A    Can you restate that, rephrase that?  I don't know what you're trying to -- what you're looking for.

MR. ANDERSON:  Speak up, too.

THE WITNESS:  I'm sorry.  I don't understand what you're asking me.

MS. MAERO:  Totally fine.  I'm happy to ask again.

Do you have any general understanding of the board's process for hiring consultants or outside advisors?

A    No.

BY MS. MAERO:

Q    Are there any policies or, you know, best practices that the board uses?

A    I believe so.

Q    What would that be?

MR. ANDERSON:  Object to form, ambiguous.  Go ahead.

A    It depends on what business you're working with.  Some things need -- you can go straight to and others you can't.  You have to do -- deal with them differently.

BY MS. MAERO:

Q    Can you give me an example of when you can go straight to as you said?

A    Just professional services like attorneys or stuff like that as compared to somebody that's going to do a parking lot and pave it.  You have to take bids on something like that.

Q    So do you know when the board ultimately hired Taylor English?

A    I would think that we got board approval on that when we met and voted on.  I don't know the date, no.

Q    Was it at the August 19, 2021 board

meeting?

A    I don't know.

Q    Do you recall Taylor English coming to present to the board at anytime?

A    No.

Q    So you did not have any discussions with any board members about Taylor English before August of 2021?

A    No.

Q    Do you recall who recommended hiring Taylor English?

A    No.

Q    Do you recall any board members objecting to the hiring of Taylor English?

A    I think Ms. Davis didn't like them.

Q    Do you recall when that happened when she objected?

A    There was a discussion at the board meeting.

Q    Was that around the August 2021 board meeting?

A    I don't know when that -- which one that was.

MR. ANDERSON:  Speak up, sir.

THE WITNESS:  I got you.

Q    Looking at that subject line, possible impersonation, do you have any understanding of what that means?

A    I have no idea what this is.  I've never seen it before.

Q    Did you ever have any communications with Mr. Scamihorn about the map drawing process?

A    Like I said earlier we may have just to make sure that if we had to do this it needed to be done correctly.  That's the extent of that conversation.

Q    You can go ahead and take this document down.

Did you have any communications with anyone on behalf of Mr. Scamihorn?

A    No.

Q    Did you have any communications with Mr. Steinhauser about the map drawing process?

A    No.

Q    Did you ever discuss the racial composition of Cobb County in connection with the map drawing process?

A    No.

Q    All right.  I'm going to bring up another document.  This is tab two for our internal reference

and it's been previously marked as Plaintiffs' Exhibit 26.

(Whereupon, Exhibit No. 26 was previously marked for identification by the court reporter.)

BY MS. MAERO:

Q    The Bates number is CCSD 00016714.  Can you see that document?

A    Yes.

Q    This is an e-mail from Mr. Banks on November 13th, 2021 to Mr. Scamihorn, Mr. Howard, Mr. Hutchins, Mr. Chastain, Ms. Davis and yourself and cc'ing Mr. Ragsdale.  The subject is 2022 Cobb high school ethnicity study and has several attachments.

Are you familiar with this e-mail?

A    I believe I've seen that before.

Q    This was received November 13th so this was during the redistricting process, correct?

A    I guess.

Q    I'll represent to you that the subsequent pages of this document are the attachments.  So you can see the attachments listed there, Campbell, Cobb Horizon, etcetera.  And they're the result of Mr. Banks' 2022 Cobb high school ethnicity study.

Did you ever reference this study in any

conversations with anyone about redistricting?

A    No.

Q    Did you ever discuss this study with Mr. Tyson?

A    No.

Q    Did you ever discuss this study with any board members?

A    No.

Q    Did you ever discuss it with Mr. Banks?

A    No.

Q    How about any school district employees?

A    No.

Q    Did you ever discuss it with Mr. Steinhauser?

A    No.

Q    Mr. Floresta?

A    No.

Q    Anyone acting on behalf of any board members or school district employees?

A    No.  I don't know what that means, but no.

Q    Did you ever discuss this study with anyone generally?

A    No.

Q    Do you have an understanding of what this

ethnicity study is?

A    No.  Can I say something?

Q    By all means?

A    I get these.  Mr. Banks will send out something like this.  I may glance at it, but I don't pay a lot of attention to it.  I don't -- it's kind of irrelevant stuff.  I don't see the point in it.

Q    Do you know why Mr. Banks sends these out?

A    No.  I don't ask him.

Q    Has anyone ever asked Mr. Banks or directed him to perform these studies?

A    Not that I'm aware of.

Q    What is Mr. Banks' history producing these?  Does he do this every year?

A    I don't know.  Like I said, here's one right here.  There may be one or two, I don't know. I don't -- like I said it's kind of irrelevant.

Q    Have you ever assisted him in producing these?

A    No.

Q    Did you ever forward this e-mail to anyone or share this data with anyone?

A    No.

Q    All right.  We can go ahead and take this

Q    And that was voted on by the board to exclude it from the curriculum?

A    It never was part of the curriculum and it is not a part of the Georgia State curriculum.  So if you were...

Q    Do you recall any discussions about renaming Wheeler High School?

A    Yes.

Q    Do you recall?

A    It came up -- it came up occasionally.

Q    Do you recall what the nature of those discussions were?

A    Pardon?

Q    What was the nature of those discussions?

A    It was -- I guess you'd call it discussion or people wanting to talk about it.  I can say that.

Q    Do you recall the outcome of those discussions?

A    It didn't go anywhere.

Q    Do you recall any discussions on the board about COVID-19 protocols?

A    Yes, there was discussions on that, too.  People.

Q    Do you recall generally what was

discussed?

A    You know, at that time you had people one way or the other.  It was like I say just some people were advocating for one thing or another.  Pretty much all precautions were done by Mr. Ragsdale, the operating officer.  That was his decision.

MR. ANDERSON:  Speak up, sir.

THE WITNESS:  That was Mr. Ragsdale's decision.

BY MS. MAERO:

Q    **Whether or not to have COVID --**

A    What the things were, whatever was implemented.  If that would have been daily operation that would have fallen under him.  You know, board members may have advocated for this or that.  He may have done it.  He may not have done it.

Q    **Do you recall the outcome of any of those board discussions?**

A    He did what he -- he put his things in place and that's what's we went with.

Q    **All right.  Moving on to a different topic.  Just about the process of collecting documents in connection with this case.  Did you ever receive any instructions to retain any documents, files or communications in connection with this**