# EXHIBIT 6

# to Amicus Cobb County School District's Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction

# Banks Tr. Excerpts

Q    When.

A    Why?

Q    When.  When did you send it?

A    Whatever this date was.

Q    November 13th, 2021, right?

A    Saturday the 13th of November 2021.

Q    Okay, great.  Do you recall sending this email?

A    A little bit.

Q    A little bit, okay.

     The email says:  Attached are the 2022 high school ethnicity studies for each high school.  I accept all errors contained within.

     Is that right?

A    Yeah.

Q    Okay.  Can you tell me what an ethnicity study is, Mr. Banks?

A    It's what the state produces.  The department, Georgia Department of Education, it's their numbers.

Q    So this is your analysis of Georgia Department of Education data?

A    My accumulation of the data.

Q    Your accumulation of the data.  And why do you call it an ethnicity study?

A    That's what it is.

Q    **What do you mean by that?**

A    That's how they classify it.

Q    **So the state labels it an ethnicity study?**

A    Yeah.

Q    **Okay.**

A    You want the address?

Q    **No, I don't need the address.  Thank you though.**

**Did you pull together the data yourself or does this come prepackaged from the state?**

A    I pulled it together.

Q    **You pulled it together.  And how did you do that?**

A    I went on their website and opened up the files for Cobb County by year.  It takes a while.

Q    **How long have you been preparing these ethnicity studies?**

A    Probably five or six years, maybe longer.  I don't know, it's been a long time.

Q    **And why did you decide to start pulling them together?**

A    So we can see the trend.  We were having issues where we were having problems -- we had austerity cuts from the budgets and having to increase

classroom sizes, and the question in my mind was, and probably need to know how things were changing in the county.  Did we need more schools or less schools, you know, what was actually, you know, happening from a population standpoint.  So it was just a way of seeing the trends.

Q    What does ethnicity and an ethnicity study have to do with whether you need more schools or fewer schools?

A    Well, if you got a school like I mentioned earlier about Walton having, going double sessions years ago.  Do you need to build another high school?  Yes, we did.

Q    But that's about overall student population, right?

A    Yeah.  And that's what this is.  It's not the population of the county.  It's the school population.

Q    Right.  And, but the -- each of the schools are broken down by ethnicity, right?

A    Yeah.  That's how they report to the state.

Q    Okay.  Do you see that as being important to your decisions as a board member?

A    I can't say it's, you know, it's useful information.  Whether it's important, I don't know

whether -- I can't say yes or no.  It's good information, so I can see do we need another high school, do we need another middle school, do we need to reduce our classroom sizes.  If we're, like I say, we reduce -- student population's going down, so do we need as many employees as we used to have?  I don't know.

Q    Mhm-hm (affirmative).

A    It's not my decision, but it's information that's available to the public.  I just put it together in a form that's very understandable.

Q    Did anyone ask you to undertake these studies?

A    No.

Q    You decided to do them on your own?

A    Yes.

Q    Was your intent for this information to inform your work as a board member?

A    Say that again.

Q    Was your intent for these studies to inform your work as a board member?

A    Not really.  That's not, you know, as a board member my responsibility is governance.

Q    But you said that sometimes this information helps you to understand if you need another school --

A    No.

Q    But you looked at each of those spreadsheets before you sent them?

A    I do this once a year, so once I send it out it's gone, I mean, it's over.

Q    Okay.  But it gives you a general sense of where things are in the district?

A    I try to look at, see where the, you know, where the trends are changing.  If something was very glaring, I'd probably make some comments to the superintendent, but, you know, so far I haven't seen anything that's glaring.  He sees it probably before I do.

Q    The superintendent sees it before you do?

A    Yeah.  He sees the need for, like, we've created a new middle school down around the Smyrna area, so he brought that up.  I didn't bring that up.

Q    So he's tracking these trends already?

A    He's aware.  I don't know how he tracks it, but he's aware.

Q    And have you had conversations with him about -- with Mr. Ragsdale about those demographic changes?

A    No.

Q    How do you know that he's aware?

A    Well, he brought it forward for the new school.  He must have been aware.

Q    Okay.  Great.

MS. FERNANDEZ GOLD:  We'll introduce this as Plaintiff's Exhibit 47.

(Document marked for identification as Plaintiff's Exhibit 47.)

BY MS. FERNANDEZ GOLD:

Q    And this is, I'll represent to you this is another attachment from that same email you sent.  Do you remember putting together this spreadsheet?

A    Do I remember it?

Q    Do you remember putting together this spreadsheet?

A    Oh, yeah.

Q    And where did this data come from?

A    Georgia Department of Education.

Q    And this also breaks down the racial demographics of the students assigned to Pope High School?

A    The ethnicity of the high school.

Q    The ethnicity demographics?

A    Right.

Q    And why were you interested in examining this data?

A    To see the trend.

Q    And what would you say the trend is at Pope High School?

MR. ANDERSON:  Object to form.

Go ahead.

THE WITNESS:  You want me to answer?

MR. ANDERSON:  Yes, sir.

THE WITNESS:  Okay.

A    Just a fast review, I would say it looks like at Pope the Hispanics is going up but not very much.  The black -- the Asian population is going up consistently, almost, not totally, but not a lot.  The black population is probably pretty, looks like it's pretty, staying pretty steady since 2000.  So it's not much change there.

BY MS. FERNANDEZ GOLD:

Q    So you sent Excel files with this information about each of the high schools in the county, right?

A    Did I say what?

Q    You sent attachments like this about each of the high schools in the county around, right?

A    Yeah.

Q    And was it your understanding that any of the board members reviewed that information?

Q     I don't need it.  Thank you, though.

A     (Witness examining document.)

Q     **All right.  Do you recognize this document, Mr. Banks?**

A     Not really.

Q     **Do you think you've seen it before?**

A     I can't say yes or no.

Q     **Okay.  I'll represent to you that this was produced by the school district in this case.  That is a memo from Taylor English to the Cobb County Board of Education and Randy --**

A     Randy Scamihorn --

Q     **-- Scamihorn --**

A     -- yeah.

Q     **-- regarding redistricting advice and map drawing services.  Do you see that?**

A     Yeah, I -- if he shared it, I -- if he shared it, I got it.  I don't remember him sharing it, but he may have.

Q     **Okay.  I'm going to read the first paragraph here.  He says:  In our meeting on May 12th, 2021, we discussed a variety of options around providing legal services for the Cobb School Board related to the upcoming rounds of redistricting.  This memorandum outlines those options and recommends next steps if**

the board or superintendent wishes to engage

Taylor English Duma LLP to provide redistricting

services.

      Do you see that?

A    Yeah.

Q    Were you present at that meeting with Taylor

English on May 12th, 2021?

A    Is that when they came to the board and made

a presentation?

Q    (There was no response.)

A    I think it was, yeah.  So yes, I -- probably

the answer is yes.  I think they did come to the board

and make a presentation.

Q    Was that -- that was before the entire

board?

A    Yeah.

Q    Okay.  I think that may have happened later

in the process, but let me circle back to that.

      Were you ever made aware of this meeting --

my understanding is this was a meeting between

Mr. Tyson, Mr. Scamihorn, maybe a few others?

A    I wasn't aware.

Q    So you weren't --

A    If I was, I don't remember it.

Q    So your recollection is you weren't looped

into those conversations?

A    Not that I'm -- no.

Q    Is that --

A    I don't think so.

Q    Is that surprising to you, that Mr. Scamihorn would have proceeded with redistricting and not included you in those conversations?

MR. ANDERSON:  Object to form.

A    No.

MR. ANDERSON:  Go ahead.

BY MS. FERNANDEZ GOLD:

Q    Around this time, May 2021, were you having conversations with your fellow board members about redistricting, do you think?

A    I probably did, to some extent, about going down to the reapportionment office and, you know, you had to get approval by a legislator, and maybe some comments about the process, but that's about it.  I mean, nothing specific.

Q    Okay.  Do you recall the first conversation you had with Taylor English?

A    Kind of, yeah.

Q    When was that, do you think?

A    I don't remember.

Q    Do you think that happened in the spring of

Plaintiff's Exhibit 4.

(Document marked for identification as Plaintiff's Exhibit 4.)

BY MS. FERNANDEZ GOLD:

Q    Here you go.  And I will represent to you that this is a document produced to the school district by the plaintiffs in this litigation, and I will further represent to you that this is an expert [sic] of a transcript of the board of education meeting held on August 19th, 2021.

MR. ANDERSON:  The intervenor objects to the use of this transcript without having been verified.

BY MS. FERNANDEZ GOLD:

Q    And if we can look at the first few lines of the transcript here, which starts 0:00:00.9, "Mr. Chairman: Turning now to, uh, board business."

Do you see that?

A    What page are you on?

Q    I'm on the very first page.  Yep, right at the top.

A    Okay.  What about it?

Q    So this is labeled "Mr. Chairman," so Chairman Scamihorn is saying:

"Turning now to, uh, board business.  We

have one item on here, is, uh, reapportionment and I'll take the lead on that. My recommendation on that is I'm going to recommend that the board approve, uh, that we bring on the law firm Taylor, uh, English."

And then he says: "I believe that by doing this we can move this along very quickly."

MR. ANDERSON: I object. You kind of missed a whole sentence there.

BY MS. FERNANDEZ GOLD:

Q    (Reading):

"That we bring on, uh, the law firm Taylor English, uh. They do work for, uh, for, uh, bipartisan work. And I believe by doing this, that, uh, we can move this along very quickly."

Does that look right?

A    Yeah.

Q    Okay. Do you remember that meeting in August of 2021?

A    Vaguely.

Q    Okay. So at this point Mr. Scamihorn was recommending hiring on Taylor English, right?

A    It seems that way, yeah.

Q    But your understanding was, basically after the May 2021 meeting, Taylor English was going to be brought on board; is that right?

A    As far as I know, yes.

Q    Was it your understanding at this point that Taylor English was being brought on to determine whether the board needed to redistrict or because the board needed to redistrict and Taylor English was going to help?

A    The latter.

Q    The latter.  Okay.

And at this meeting the board voted to bring on Taylor English, right?

A    I assume so.

Q    And was it your understanding that the board was bringing on Taylor English to determine whether they needed to redistrict or because they needed to redistrict and Taylor English was going to help?

A    The latter.

Q    Okay.  And you ultimately voted for the firm to be hired on, right?

A    Yes.

Q    Why were you convinced that the firm should be hired?

the numbers up to be more as they should be, you know, it could go all the way down to Roswell Road, which would include Walton at that point.

Q    And that was based on your conversation with Mr. Steinhauser?

A    I don't think so.  It was just Tyson.

Q    Okay.  You had a conversation with Mr. Tyson about that?

A    Yeah.

Q    And --

A    That's why we -- that why we were redrawing the map, for me.

Q    I see.  So you adjusted your own map based on Mr. Tyson's feedback?

A    It wasn't adjustment.  That was, that was the new map to be... that I wanted.

Q    So Mr. Tyson had already made clear to you that your district would have to go a little bit further south?

A    I don't know whether he did it, I just knew the numbers from there.

Q    Okay.

A    Yeah.

Q    And Mr. Steinhauser was the one who said that it made sense for the map to be rotated

clockwise, right?

A    Yeah.

Q    And did Mr. Tyson share that with you as well?

A    No.

Q    Did you have any other contact with Mr. Tyson related to redistricting other than these handful, you know, these two to three meetings that we've already discussed?

A    No.  Once I... basically knew that my map wasn't going anywhere, I just dropped it all.

Q    And you knew that your map wasn't going anywhere, because of your conversation with Mr. Steinhauser?

A    Kind of.  I mean, I could read between the lines.

Q    Did you read between the lines in any other conversations?

A    Always.

Q    Was it clear to you from your conversations with Mr. Tyson that your map wasn't going forward?

A    Not from him, no.

Q    Did you have conversations with Mr. Scamihorn that made clear it wasn't going forward?

A    No.

Q    Yes.  This is the current map as enacted by the board and then passed by the legislature.  Is that right?

A    Yes.

Q    Were you involved in the drawing of this map at all?

A    No.

Q    Did you ever talk with Mr. Tyson about this map?

A    No.

Q    Did you ever speak with Mr. Scamihorn about this map?

A    No.

Q    When was the first time you saw this map?

A    Probably the day we voted on it.

Q    So you first saw a draft of the map at the December 9th, 2021 board meeting?

MR. ANDERSON:  Object to form.

A    Right.

BY MS. FERNANDEZ GOLD:

Q    Is it possible you received the map at some point before that meeting?

A    I guess it's possible.  I don't remember.

Q    When did the public first get to see the map, Mr. Banks?

FINN, ET AL. vs COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION, ET AL.
David Banks on 08/09/2023                                         Page 241

A    Yeah.

Q    And did Cobb Horizon count as one of those two high schools?

A    I think it did.

Q    Okay.

        MS. FERNANDEZ GOLD:  Okay.  I'll introduce Plaintiff's Exhibit 13.

        (Document marked for identification as Plaintiff's Exhibit 13.)

BY MS. FERNANDEZ GOLD:

Q    And if you wouldn't mind bringing back the final map as passed by the legislature, which is marked Exhibit 10.

A    10?

Q    Yes.  Do you recognize this map entitled "Existing Map"?

A    Yes.

Q    What's that map?

A    What's the question?

Q    When was this map in place?

A    2011.

Q    So this was the prior map, the prior decade's map?

A    Right, right.

Q    Okay.  How would you describe the overall

change in the districts when looking at the prior decade's map and the newly enacted map side by side?

A    Most of it was clockwise shift, forward all the way into the top part of 5.  Five went all the way down to the river.  And 6, 6 moved over to 2.  And 3 got a little over half, a lower portion of Cobb County.  And 7 went up into a little bit of Post 1.

Q    Did you ever have any conversation with Mr. Tyson about that clockwise rotation of the map?

A    No.  I was out of it by then.

Q    Did you ever have any conversation with Mr. Scamihorn --

A    No.

Q    -- about the overall rotation of the map?

A    No.

Q    Is it your impression that the new map establishes the minority opportunity districts that were referenced in the talking points we just looked at?

MR. ANDERSON:  Object to form.

Go ahead.

A    State that again.

BY MS. FERNANDEZ GOLD:

Q    In the talking points that we just looked