# EXHIBIT 8

## to Amicus Cobb County School District's Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction

## TED Engagement Ltr CCSD_00000576

taylor | english

**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 taylorenglish.com

Bryan P. Tyson
Direct Dial: (678) 336-7249
Email: btyson@taylorenglish.com

October 12, 2021

*Via email to nina.gupta@nelsonmullins.com*
Cobb County School District
c/o Nina Gupta, Esq.
201 17th Street NW
Suite 1700
Atlanta, GA 30363

Re:    *Attorney-Client Representation*

Dear Ms. Gupta:

We are pleased that the Cobb County School District has chosen Taylor English Duma LLP to provide advice on your upcoming redistricting of School Board districts. This letter will confirm our understanding that you have engaged this firm and will describe the basis on which we will provide services.

We have been engaged to represent you in providing advice and mapdrawing services to create a fair, nondiscriminatory, and legally defensible redistricting map for the Cobb County Board of Education. Based on our standard conflict of interest review procedures using information you have provided thus far, and except as we may have separately communicated in writing, we are not aware of any conflicts of interest that would arise as a result of the services we will be providing. If we subsequently become aware of any conflicts, we will contact you immediately and work with you to achieve a mutually acceptable resolution as mandated by applicable ethical rules.

Our hourly rates are $450 per hour for my time and $350 per hour for Loree Anne Paradise's time. In view of the special nature of this representation, we have agreed to provide these services at a flat rate of $18,000 per month, beginning October 18, 2021 and extending month-to-month until such time as a map is finalized for recommendation to the Georgia General Assembly and a sponsor for this map in the Georgia General Assembly is secured. Any partial month worked (such as October 2021) will be billed at a prorated rate accordingly. This initial engagement is limited to the mapdrawing process only, with an option to represent the District in litigation defending the plan at the hourly rates stated above if the District so chooses.

In addition to our fees, you will be responsible for expenses we incur in connection with this engagement, such as travel costs, filing fees, or delivery charges. If court reporters

Confidential                                        CCSD_00000578

Cobb County School District<br>
September 15, 2021<br>
Page 2

or other services are engaged on your behalf, we may forward their invoices with a request that you pay them directly. You agree to do so. We will not bill you for ordinary office expenses like occasional copying, long distance telephone calls, and fax transmissions.

If you engage us on any litigation matters, please be aware that litigation in the digital age frequently requires the production of electronically stored information ("ESI") and compliance with state, federal, court, and ethics rules applicable to electronic discovery. A member of our firm's internal Electronic Discovery Committee will consult on all matters involving ESI, and time will be billed at rates commensurate to those listed above. Further, it may be necessary to retain one of our firm's external preferred providers of e-Discovery services (the "e-Discovery Provider") to assist with the preservation, collection and processing of ESI. We will consult with you before retaining any e-Discovery Provider on your behalf. We will review all invoices received from an e-Discovery Provider and will forward them to you for prompt payment. You will be solely responsible for payment of e-Discovery expenses, and you agree to remit payment directly to the e-Discovery Provider.

We generally issue monthly invoices for current fees and expenses, but our practice may vary in particular matters. We expect our invoices to be paid promptly, and in any event within thirty (30) days of receipt. Payment may be made via our secure site, https://taylorenglishbilling.com. Where allowed, we will charge a processing fee for credit card payments. Our secure site will disclose the amount of any such credit card processing charge before you authorize payment. We may charge interest for invoices left unpaid. If our fees and expenses are not paid, or if you fail to timely pay an outside vendor retained on your behalf, such as an e-Discovery Provider, we reserve the right to postpone or defer providing additional services or to discontinue our representation in accordance with applicable law, bar or court rules.

We strive to provide the highest quality legal services at a reasonable cost. Accordingly, we ask that you inform us promptly if you believe an invoice to be inaccurate or excessive, so that we may seek to resolve your concern. You will waive the right to dispute the fees, expenses and other content of any invoice if we do not receive a written objection from you within fifteen (15) days from your receipt of the invoice.

You may terminate this agreement with us at any time, but we will be entitled to the full amount of the fees earned and expenses incurred through termination. Unless sooner concluded, our representation will be deemed terminated one (1) year from the last date of legal services for which we bill you. Upon completion of our representation, whether due to termination, withdrawal or otherwise, we will have no further obligation to assist you with respect to this matter, to renew any judgment obtained for you, or to advise you with respect to changes in the laws or regulations that could have an impact upon your future rights and liabilities relating to any matter we handled for you.

We will retain certain documents relating to this matter for a period of not less than four (4) years, after which time we will destroy all documents in accordance with our

CCSD_00000579

document retention policies then in effect.  If you would like to retrieve any original documents that you provide us or any other material from our file, you must so advise us prior to their destruction.

We do not expect that any dispute between us will arise. Nonetheless, in the event of a dispute under this engagement, you and we agree to resolve the dispute by binding arbitration pursuant to the rules of the Fee Arbitration Program of the State Bar of Georgia. Judgment upon the award rendered by an arbitrator or arbitration panel may be entered in the courts of Cobb County, Georgia or the federal court for the Northern District of Georgia. The prevailing party in any such proceeding shall be entitled to an award of reasonable attorneys' fees actually incurred, as well as expenses.

While we share the goal of a fair, nondiscriminatory, and legally enforceable map for the Board, we make no representations or warranties about the final outcome of this engagement.  The time frame and resulting costs of our representation depend upon factors not always within our control, such as your level of cooperation, facts and circumstances not knowable at the time of our engagement, the conduct of other parties or their counsel, the complexity of a particular matter and other factors.

Further, as we discussed, Taylor English Decisions LLC (which is a separate entity) and its affiliated employees and contractors will not be involved in this representation in any way. In providing the advice and mapdrawing services outlined in this engagement, all members of the Board will have equal access to me and Ms. Paradise and any outside experts assisting in the mapdrawing process. We take our duties to represent our clients seriously and will ensure that all input from Board members is meaningfully considered—and that applies to all seven Board members.

In the event any provision of this engagement letter or any supplement is found to be unenforceable, the remaining provisions of this letter or such supplement shall remain enforceable in accordance with their terms in order to give effect to our intent to the maximum extent possible.

We understand that the Cobb County School District complies with the Georgia Security and Immigration Compliance Act, as amended, O.C.G.A. § 13-10-90 *et seq.*, and, in order to ensure legal compliance, we provide to you the attached Georgia Security and Immigration Compliance Act Documents.

Again, we thank you for the opportunity to represent you. Please sign and date this engagement letter and return it to my attention, and please retain a copy for your files.

[Signatures on next page]

CCSD_00000580

Cobb County School District
September 15, 2021
Page 4

Kind regards,

*Bryan P. Tyson*

Bryan P. Tyson
For TAYLOR ENGLISH DUMA LLP

Accepted and agreed to:

Cobb County School District

By: *Randall A. Scamihorn*

Its: *Chairman*

Date: *10/14/21*

Confidential

CCSD_00000581