# EXHIBIT 11

## to Amicus Cobb County School District's Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction

## Banks Email 00000810

**From:** DAVID E BANKS
**Sent:** Sat, 04 Dec 2021 11:45:53 -05:00
**To:** Bryan Tyson
**Cc:** rscamihorn.boardmember@cobbk12.org; dchastain.boardmember@cobbk12.org; bwheeler.boardmember@cobbk12.org; dbanks.boardmember@cobbk12.org
**Subject:** Reapportionment redistrcting boundaries

Dear Mr. Tyson,

I want to first say thank you for your assistance in developing Reapportionment maps for the Cobb County School Board.

Having reviewed the Reapportionment map supporting the current political majority developed by Taylor English, I find the best map to be presented to the Cobb County School Board is the map that will have the potential to maintain the current political ratio.

Therefore, I ask that all map versions that I was involved in be removed from your files or database.

Sincerely,

David E. Banks

CCSD_00000810