# EXHIBIT 14

# to Amicus Cobb County School District's Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction

# Rep. Ehrhart Tr. Excerpt

Instruct the witness not to answer.

BY MS. MAY:

Q.   Okay.  Do you know when redistricting maps are typically posted online for review before a vote?

A.   When they're posted online?

Q.   Yeah.

A.   I don't know what date they're typically posted online.

Q.   Okay. All right.  And then on that same page, down at 5046.6, about halfway through your quote, do you see where you're quoted saying, "It's designed to sort of fast-track bills where you had unanimous consent concern, and probably has largely to do with the overwhelming number of local bills that the legislature has to deal with every year.

"So the idea behind that is that when you have a bill that is not contested, that it is, everybody agrees on it, let's say all members of the board agree on it, they can go through that path. This is absolutely not a deviation or in any way inappropriate path for this to take"?

Is that accurately quoted?

A.   It -- I think so, yes.

Q.   What process are you referring to in