# EXHIBIT 15

# to Amicus Cobb County School District's Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction

# Floresta Tr. Excerpts

the letter of engagement.  So we certainly, all things being equal, would like to provide an extended period of time frame put on any issue.  Oftentimes circumstance doesn't allow for that, and it -- it did not allow for it here.

**Q.     You said earlier -- or you testified earlier that the District determines when issues are going to be presented to -- in board meetings, correct?**

MR. ANDERSON:  Object to form.

THE WITNESS:  Yeah, no.  There are three ways that an agenda item gets onto a board agenda item:  Superintendent can recommend a discussion with the board chair and vice chair in agenda prep, the majority of the board can ask for an item or the board chair can ask for an item.

BY MS. MABRO:

**Q.     So just to be clear on this time crunch, the first meeting with Taylor Swift [sic] was in spring of 2021?**

MR. ANDERSON:  Object to form.

Go ahead.

BY MS. MABRO:

**Q.     Correct?**

A.     Yeah, yeah.  Yes.

MS. FERNANDEZ GOLD:  She's all on our

minds.

THE WITNESS:  Sorry.  Yes.

BY MS. MABRO:

Q.      Okay.  So the first meeting was in spring, but they were not presented to the board until summer, correct?

A.      Yes.  August of 2021.

Q.      And your -- and the reason for that was due to COVID issues?

A.      A variety of circumstances that were just operational.  Ultimately, it's the board's vote and authority to do so.  Operationally, again, as staff, we were in the middle of running schools in the middle of COVID and transitioning from face-to-face to online, back to face-to-face.  So the board's agenda was certainly set by the board.

Q.      Well, isn't it true that the board's agenda is set by the chair and Mr. Ragsdale?

A.      Yeah, through one of those three options, as I referenced earlier:  Majority of the board, the board chair, or a superintendent can recommend.

Q.      And the majority of the board meaning four members, correct?

A.      Correct.

Q.      Has it always required four members in order to

present an agenda item?

A.      It has not.  There was a policy change made approximately three or four years ago.

Q.      **When was that policy change made?**

A.      Roughly 2019, 2020, somewhere in there.

Q.      **And what was the reasons for that policy change?**

A.      There were a couple things.  We had board members who had a habit of raising topics that weren't relevant to the business of the School District.  And, bluntly, we saw an increasing pol- -- politicalization of topics brought to the board and brought to staff, and the board voted to focus board meetings on the substance of schools and school operations and teaching and learning, as opposed to a variety of political topics that were increasingly finding their way into the board room, and, ultimately, attempted to be brought into our schools.

Q.      **Which board members are you referring to who had a habit?**

A.      All board members.  There was extensive public conversation on this in 2019, 2020, when the policy change was voted on by the board.  Certainly all seven of them would point fingers at the others.  Again, the staff were trying to keep schools, schools, not arms of political constituencies or topics.  And certainly all

of them at various times would bring agenda items and conversation that was not relevant to schools.

Q. Can you give me an example of an agenda item that's not relevant to schools?

A. Anything that's not about teaching and learning. There are certainly many examples of anything that doesn't apply to kids and teachers. And if it didn't, the board as a whole certainly resisted it. There was extensive individual conversation between board members on that topic over the course of the year or so prior to the policy change.

Q. Well, can you give me an example of one of the not-relevant topics you were referring to in your answer?

A. I could give many. I'll give one, which was an item brought by a board member -- and I think this was actually in what we call board member comment, actually, which was an open forum for board members to discuss topics as they'd like. One of them brought a child's picture book to read, and I think that was written by his wife or cosigned by his wife, as an example.

There were certainly volatile topics, and I could give countless examples of those.

Q. Can you give me another example?

A. Yeah. Anything that, again, doesn't have to do

with schools.  We -- some of the political topics that our minority members had a habit of bringing were relevant to topics that have been debated inside of this state and inside of our board, controversial issues, including some of the topics that have been brought inside of this suit or at least alleged inside of this suit, including CRT, would be a simple example.

Q.     Can you give another example of the -- what you would call the political topic that the -- the black board members were bringing?

MR. ANDERSON:  Object to form.

THE WITNESS:  Yeah, for a period of four or five years, honestly, any issue that was brought to the board was turned into a political weaponization, for lack of a better term.  We've seen an increasing pattern of conversation both at the board level and inside the community, attempts to flip the political constituency and the political makeup of the board.

And so to answer your question bluntly, any agenda item, whether it was related to schools or whether it wasn't, inside of our board room has been used and been weaponized against the board as a whole and, frankly, against the operations of the School District.

BY MS. MABRO:

Q.      Just a little bit ago you testified that -- did you say anything that the minority members were bringing was political?

A.      No.  Any issue that was brought by anybody over the course of the last four or five years, by any of the seven members, turned into political debates and a, really, clash of world views around what a school should be.  And we experienced that from all corners, all seven board members, regardless of the issue that was raised.

Q.      Which board members voted to change the requirements from three to four members in order to add an agenda item?

A.      The majority of the board at the time, which was Board Member Scamihorn, Board Member Wheeler, Board Member Chastain, and Board Member Banks.

Q.      Were any of the minority -- or the black board members, did any of them vote for this?

                MR. ANDERSON:  Object to form.

                THE WITNESS:  They did not.  That was a four-three vote.

BY MS. MABRO:

Q.      So would it be possible for any of -- for the black board members to add an agenda item that the majority board members disagreed with?

MR. ANDERSON:  Object to form.

THE WITNESS:  Yeah, certainly in the same way that, in any legislative body, the interchange of ideas compels discussion on policy and public. Certainly they had avenues to do so.

BY MS. MABRO:

Q.      Only public avenues to do so?

A.      Public, private, again, in the identical way that any legislative body, interchange of ideas.

Q.      So they can't add an agenda item to the agenda?

MR. ANDERSON:  Object to form.  Misstates his testimony.

Go ahead.

THE WITNESS:  They certainly can propose agenda items.  And any board member can propose an agenda item if the majority of the board deems it appropriate and relevant to schools.

BY MS. MABRO:

Q.      So if four of the majority board members did not want to discuss an item, they are able to block that item from being added to the agenda, correct?

A.      If the majority of the board wants to talk about an -- an issue, any issue, they are able to.

Q.      And it was that same majority that changed the rule from three to four, correct?

A.    The majority of the board voted to change the policy and to maintain consistency of our board meetings so that they were on topic and to keep, again, the operations of the School District focused on the operations of the School District.

Q.    Is there any concerns about those majority board members putting items on the agenda that are not on topic?

A.    There is -- yeah, there is a concern for any board member to bring items that are not relevant or directly related to schools.  Conversations which should be had in a town hall should stay there, and conversations which are relevant to schools should be had in the classroom.

Q.    Okay.  And going back to your previous testimony, to be clear, is the District's position that critical race theory is not relevant to school issues?

A.    That was the opinion of our board, who voted as such with a resolution against critical race theory in the mid 2020, I believe.

Q.    Is that the opinion of just the board or also the School District?

A.    Yeah, our position on all issues as District staff is to follow the board policy and the law given to us by the State.  So we follow board policy whether we,

A.      A big one.  The department is empowered by the legislature to administer and support education across all of our districts in the state.  Their work is centered around Georgia standards, which is standards that have been approved by the General Assembly for instruction across all academic areas.  Our job as staff is to make sure -- part of our job as staff is to make sure that our classrooms are teaching the Georgia standards, irrespective of opinions on those standards or the topics that are contained therein or that are not, and we hold our staff to that vigorously.  The department holds us to it, the assembly holds us to it, and that's a big part of our jobs.

**Q.      So, for instance, with regard to critical race theory, is that an approved educational standard by the Georgia Department of Education?**

A.      It is not included in the Georgia standards. And I mentioned earlier there are a number of social issues that have been brought into the school district, not just here in Cobb but across the country, frankly, that people have opinions on what should or should not be taught inside of our classrooms.  For us, it's fairly clear our job is to follow the law, our job is to follow local policy; and the law and policy both direct us to comply with the Georgia standards.

Q.    Same question with regard to the 1619 Project.

A.    CRT, 1619 Project, and anything that, frankly, has walked into our classroom -- or into our boardroom over the last four or five years that have been societal debates that have found their way into the classrooms, our position both as staff -- as - as directed by our board is to keep the schools, schools, and to do so to protect the education of our students.

Q.    Does your --

MS. MABRO:  Objection here.  This is outside the scope.  I don't think Project 1619 was mentioned at all in this deposition.

BY MR. ANDERSON:

Q.    Okay.  With regard to the Cobb County School District, do they have any influence upon the Georgia Department of Education at which standards are approved?

A.    No, certainly not.

Q.    That's all I have.  Thank you.

MS. MABRO:  I have a couple redirect questions.

EXAMINATION

BY MS. MABRO:

Q.    You just testified that search efforts began in spring of 2023, this year, when you learned of the lawsuit.  What did that involve?