# EXHIBIT 19

# to Amicus Cobb County School District's Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction

# Scamihorn Tr. Excerpts

on that document.

Are you feeling all right?

A.   Hanging in there.

Q.   I'm almost at a great spot for a break if that sounds good.

A.   3C?

Q.   3C.

A.   Okay.

Q.   I'm going to read from it and you let me know if I've got it right.

It says, "Walton High School shares common issues with Wheeler High School".  Did I read that right?

A.   Yes.

Q.   Tell me a little bit about Walton High School.  Same -- same scenario.  What would you tell someone that was looking to send their -- their child there?

A.   Academic rigor.  Located in the north -- northeast part of the county.  Like all of our schools, they have a good reputation.

Q.   Anything else you'd identify?

A.   No.  Again, like the others I described.

Q.   How would you describe Wheeler High School to someone who was thinking of sending their child there?

A.  The same.

Q.  Academic rigor?

A.  Rigor.  Great -- same quality staff, different location in the county.

Q.  Great facilities?

A.  Rebuilt.

Q.  Are there any common issues you would identify between Walton and Wheeler High Schools?

A.  Same as all of our high schools.  High graduation rate.

Q.  Anything else?

A.  It's a different part of the county.

Q.  Anything else?

A.  No.

Q.  Okay.  Is there any reason you can think of why someone would specify these high schools as sharing common issues given your testimony today?

MR. ANDERSON:  Object to form.  Calls for speculation.  You can answer to the extent you know.

A.  If they looked at the specific programs.  Like I believe eight of our programs -- eight of our high schools have magnet programs and they're different for reasons.  You know, so you can pick.  Other than that, no.

A.  I don't know what kind, but I would guess. Yes.

Q.  Yeah.  Generally?

A.  Yeah.

Q.  Okay.  Do you have any understanding of the demographic make-up of Cobb County High Schools -- Cobb County schools generally?

A.  Yes.

Q.  What kind of understanding?

A.  Economic.

Q.  Okay.  Anything else?

A.  And I live economically, I can afford the West Cobb.  Economically, I can't afford East Cobb. That's about it.

Q.  Okay.  Any other types of demographic understanding?

A.  Business-wise, we have businesses throughout the county.  And shopping malls -- or not malls, but strips.  Shopping areas.  So -- and a lot of traffic.

Q.  Would you say you have an understanding of the racial demographics of Cobb County?

A.  No, I would not.

Q.  Would you say you have an understanding of the racial demographics in your district?

A.  Yeah -- some, generally.

Q.  What is it?

A.  It's a email from David Banks.

Q.  And when was that email sent?

A.  13 November 2021.

Q.  And who was it sent to?

A.  Board members and Mr. Ragsdale.

Q.  All the board members, right?

A.  Yes.

Q.  And the subject line says:  2022 Cobb High School Ethnicity Study; is that right?

A.  Ah, yes.

Q.  Do you remember receiving this email?

A.  Not specifically.

Q.  But you have no reason to doubt that you got it on --

A.  I -- correct.

Q.  -- November 13th.  What's your understanding of what's in this email?

A.  Just what it says because I didn't read the attachment.

Q.  You didn't read any of the attachments?

A.  No.

Q.  Do you know what the attachments are?

A.  No.

Q.  Did you ever ask Board Member Banks what they