UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KAREN FINN, DR. JILLIAN FORD, HYLAH DALY, JENNE DULCIO, GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC., NEW GEORGIA PROJECT ACTION FUND, LEAGUE OF WOMEN VOTERS OF MARIETTA-COBB, and GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC.,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION and GERRY MILLER, in his official capacity as Director of the Cobb County Board of Elections and Registration, and COBB COUNTY SCHOOL DISTRICT,<br><br>   *Defendants*. | **Civil Action No. 1:22-cv-2300-ELR** |

**CERTIFICATE OF SERVICE**

COMES NOW, Plaintiffs Karen Finn, Dr. Jillian Ford, Hylah Daly, Jenne Dulcio, GALEO Latino Community Development Fund, Inc., League of Women Voters of Marietta-Cobb, New Georgia Project Action Fund and Georgia

4

Coalition For The People's Agenda, Inc. ("Plaintiffs"), and hereby certifies that on December 14, 2023, Plaintiffs served Shawn Marie Story and Alex Khoury, attorneys with the Office of Legislative Counsel of the Georgia General Assembly, via electronic mail, with notice of the District Court's Order (Doc. 212) granting Plaintiffs' Motion for Preliminary Injunction (Doc. 194).

A copy of the notice is attached as Exhibit A.

Dated this 19th day of December 2023.

Respectfully submitted,

*/s/ Pichaya Poy Winichakul*
Pichaya Poy Winichakul (Ga. Bar No. 246858)
Bradley E. Heard (Ga. Bar No. 342209)
Michael Tafelski (Ga. Bar No. 507007)
Sabrina S. Khan*
Courtney O'Donnell
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30030
(404) 521-6700
bradley.heard@splcenter.org
poy.winichakul@splcenter.org
michael.tafelski@splcenter.org
sabrina.khan@splcenter.org
courtney.odonnell@splcenter.org

Jeff Loperfido*
Christopher Shenton
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
(919) 323-3380
jeffloperfido@scsj.org

chrisshenton@scsj.org

Caitlin May (Ga. Bar No. 602081)
Cory Isaacson (Ga. Bar No. 983797)
Rahul Garabadu (Ga. Bar No. 553777) ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
(678) 310-3699
cmay@acluga.org
cisaacson@acluga.org
rgarabadu@acluga.org

Jon Greenbaum*
Ezra D. Rosenberg
Julie M. Houk*
Sofia Fernandez Gold*
Heather Szilagyi*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
sfgold@lawyerscommittee.org
hszilagyi@lawyerscommittee.org

Douglas I. Koff
Thomas L. Mott*
Paul Schochet*
Tara Lederer
Savannah Rose Price*
Jacqueline Maero Blaskowski*
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022 (212) 756-2000
Douglas.Koff@srz.com
Thomas.Mott@srz.com

4

Paul.Schochet@srz.com
Tara.Lederer@srz.com
Savannah.Price@srz.com
Jacqueline.MaeroBlaskowski@srz.com

*\* Admitted Pro Hac Vice*

*Counsel for Plaintiffs Karen Finn, Dr. Jillian Ford, Hylah Daly, Jenne Dulcio, GALEO Latino Community Development Fund, Inc., New Georgia Project Action Fund, League of Women Voters of Marietta-Cobb, and Georgia Coalition For The People's Agenda, Inc.*

*/s/ Caren E. Short*

Caren E. Short (Ga Bar No. 990443)
LEAGUE OF WOMEN VOTERS OF THE UNITED STATES
1233 20th Street NW, Suite 500
Washington, DC 20036
202-921-2219
cshort@lwv.org

*Counsel for Plaintiff League of Women Voters Marietta-Cobb*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

                */s/ Pichaya Poy Winichakul*
                Pichaya Poy Winichakul (Ga. Bar No. 246858)
                SOUTHERN POVERTY LAW CENTER
                150 E. Ponce de Leon Ave., Suite 340
                Decatur, Georgia 30030
                (404) 521-6700
                poy.winichakul@splcenter.org