UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

KAREN FINN, *et al.*,

    Plaintiffs,

v.

COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION, *et al.*,

    Defendants.

Civil Action No.
1:22-cv-2300-ELR

## ORDER

Upon review and Consideration, the Court **GRANTS** the Parties' "Emergency Joint Motion to Modify Remedial Schedule." [Doc. 220]. The schedule outlined in the Court's Order granting "Plaintiffs' Motion for Preliminary Injunction" [Doc. 212] is hereby revised as follows:

| Event | Deadline |
| --- | --- |
| Deadline for Georgia General Assembly to adopt a remedial map | January 22, 2024 |
| Deadline for Parties or Amici to submit objections to the General Assembly's remedial map and/or submit other proposed remedial maps | January 24, 2024 |

| | |
|---|---|
| Deadline for Parties or Amici to submit responses to objections to the General Assembly's remedial map and/or respond to other proposed remedial maps | January 26, 2024 |
| Deadline for Parties or Amici to submit replies to responses to objections to the General Assembly's remedial map and/or reply to responses regarding other proposed remedial maps | January 30, 2024 |
| Deadline for remedial map to be in place and approved by Court | February 9, 2024 |

The Parties do not request that the Court reschedule the April 1, 2024 deadline for any motions for summary judgment or to submit a consolidated pretrial order pursuant to Local Rule 16.4. [See Doc. 212]. As such, that deadline remains in place.

**SO ORDERED**, this 10th day of January, 2024.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia