# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-14186

_____

KAREN FINN,
JULLIAN FORD,
HYLAH DALY,
JENNE DULCIO,
GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC., et al.,

                                      Plaintiffs-Appellees,

*versus*

COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION,
et al.,

                                              Defendants,

2                         Order of the Court                      23-14186

COBB COUNTY SCHOOL DISTRICT,

                                                  Intervenor-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-02300-ELR

_____

ORDER:

Attorney Pichaya Poy Winichakul has submitted an appearance of counsel to appear in this appeal.

Consistent with 11th Cir. R. 34-4(e), Attorney Pichaya Poy Winichakul is GRANTED leave to appear in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION