# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-14186

_____

KAREN FINN,
JULLIAN FORD,
HYLAH DALY,
JENNE DULCIO,
GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC.,
et al.,

                                                    Plaintiffs-Appellees,

*versus*

COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION,
et al.,

                                                                 Defendants,

2                              Order of the Court                              23-14186

COBB COUNTY SCHOOL DISTRICT,

                                                                                                  Intervenor-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-02300-ELR

_____

Before JILL PRYOR, BRANCH, and ED CARNES, Circuit Judges.

BY THE COURT:

     Appellees' motion to transfer the matter of appellate attorneys' fees to the district court is GRANTED. *See* 11th Cir. R. 39-2(d).